**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN DOE, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| BRANDEIS UNIVERSITY, | :  Civil Action No._____ |
| | : |
| Defendant. | : |
| | : |
| | : |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LR 83.5.3, D. Mass., I move that **Patricia M. Hamill** and **Jeannette M. Brian** be admitted to practice in the United States District Court for the District of Massachusetts, as attorneys for plaintiff John Doe, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court.  In compliance with the local rule, I will review and sign all pleadings and other papers which are signed and filed by the above-named attorneys in this case.  I also agree that I will participate meaningfully in the preparation and trial of this case to the extent required by the Court.

Pursuant to LR 83.5.3(b), D. Mass., I have attached the required affidavits of the above-named attorneys in support of this motion along with a proposed order.

/s/ Michael R. Schneider_____
Michael R. Schneider, Esq.
(Mass. Bar No. 446475)
Good Schneider Cormier
83 Atlantic Avenue
Boston, MA 02110-3711
Tel:  (617) 523-5933
Email:  ms@gscboston.com

Dated: April 9, 2015

**Michael R. Schneider, Esq.**
**(Mass. Bar No. 446475)**
**Good Schneider Cormier**
**83 Atlantic Avenue**
**Boston, MA 02110-3711**
**Tel:  (617) 523-5933**
**Email:  ms@gscboston.com**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No._____ |
| BRANDEIS UNIVERSITY : | |
| : | |
| Defendant. : | **Certification of Patricia M. Hamill in** |
| : | **Support of Pro Hac Vice Application** |
| : | |

I, Patricia M. Hamill, do hereby certify as follows:

1. This certification is submitted in support of my application to appear *pro hac vice* before this Court pursuant to LR 83.5.3, D. Mass.

2. I am associated with Conrad O'Brien PC, located at 1500 Market Street, Centre Square, West Tower, Suite 3900, Philadelphia, PA 19102.

3. I represent Plaintiff John Doe.

4.	I have been a member in good standing of the Bar of the State of Pennsylvania since 1986.  The office that maintains the roll of its members is located at the Supreme Court of Pennsylvania, Western District Office, 801 City-County Building, Pittsburg, Pennsylvania 15219.

5.	I have also been admitted to practice law before the United States District Court for the Eastern District of Pennsylvania.

6.	I am not currently, nor have I ever been, suspended or disbarred by a court.  No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me by the court in any jurisdiction.

7.	I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8.	I am associated in this matter with Massachusetts local counsel, Michael R. Schneider, who is an attorney at Good Schneider Cormier located at 83 Atlantic Avenue, Boston, MA 02110-3711.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Patricia M. Hamill*
Patricia M. Hamill, Esq.


Dated:  Philadelphia, Pennsylvania
           April 9, 2015

**Michael R. Schneider, Esq.**
**(Mass. Bar No. 446475)**
**Good Schneider Cormier**
**83 Atlantic Avenue**
**Boston, MA 02110-3711**
**Tel: (617) 523-5933**
**Email: ms@gscboston.com**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No._____ |
| | : | |
| BRANDEIS UNIVERSITY, | : | |
| | : | **Certification of Jeannette M. Brian in** |
| Defendant. | : | **Support of Pro Hac Vice Application** |
| | : | |

I, Jeannette M. Brian, do hereby certify as follows:

1. This certification is submitted in support of my application to appear *pro hac vice* before this Court pursuant to LR 83.5.3, D. Mass.

2. I am associated with Conrad O'Brien PC, located at 1500 Market Street, Centre Square, West Tower, Suite 3900, Philadelphia, PA 19102.

3. I represent Plaintiff John Doe.

4. I have been a member in good standing of the Bar of the State of Pennsylvania since 1993. The office that maintains the roll of its members is located at the Supreme Court of Pennsylvania, Western District Office, 801 City-County Building, Pittsburgh, Pennsylvania 15219.

5. I have also been admitted to practice law before the United States District Court for the Eastern District of Pennsylvania.

6. I am not currently, nor have I ever been, suspended or disbarred by a court. No disciplinary proceedings are pending against me, and no discipline has previously been imposed upon me by the court in any jurisdiction.

7. I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

8. I am associated in this matter with Massachusetts local counsel, Michael R. Schneider, who is an attorney at Good Schneider Cormier located at 83 Atlantic Avenue, Boston, MA 02110-3711.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

*/s/ Jeannette M. Brian*
Jeannette M. Brian, Esq.

Dated:  Philadelphia, Pennsylvania
April 9, 2015

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No._____ |
| BRANDEIS UNIVERSITY, : | |
| : | |
| Defendant. : | **Certification of Patricia M. Hamill in** |
| : | **Support of Pro Hac Vice Application** |
| : | |

## ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

AND NOW, this            day of            , 2015, having considered the Motion For Leave To Appear Pro Hac Vice filed by Michael R. Schneider, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and that Patricia M. Hamill is hereby admitted to practice in the United States District Court for the District of Massachusetts for purposes of this case only.

_____

J.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JOHN DOE, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No._____ |
| BRANDEIS UNIVERSITY, | : | |
| Defendant. | : | **Certification of Jeannette M. Brian in Support of Pro Hac Vice Application** |

**ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

AND NOW, this            day of          , 2015, having considered the Motion For Leave To Appear Pro Hac Vice filed by Michael R. Schneider, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED** and that Jeannette M. Brian is hereby admitted to practice in the United States District Court for the District of Massachusetts for purposes of this case only.

_____

J.