**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOHN DOE,                                   : | |
| :  | |
| Plaintiff,                      : | |
| : | |
| v.                                          : | |
| :  | Civil Action No._____ |
| :  | |
| BRANDEIS UNIVERSITY,               : | |
| :  | **JURY TRIAL DEMANDED** |
| Defendant.                      : | |
| :  | |

## ORDER

AND NOW, this            day of                   , 2015, upon consideration of Plaintiff's Motion for Permission to Proceed under a Pseudonym, Memorandum of Law in support, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and Plaintiff is permitted to proceed in the above-captioned matter under the pseudonym "John Doe." It is **FURTHER ORDERED** that access to his actual identity in connection with this matter shall be limited only to this Court and the Defendant.

**BY THE COURT:**

_____

**, J.**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No._____ |
| | : | |
| BRANDEIS UNIVERSITY, | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendant. | : | |

## JOHN DOE'S MOTION FOR PERMISSION TO PROCEED UNDER A PSEUDONYM

For the reasons stated more fully in the accompanying Memorandum of Law in Support of John Doe's Motion for Permission to Proceed under a Pseudonym, and the exhibit attached thereto, Plaintiff "John Doe" hereby moves this Court to allow him to pursue relief in the above-captioned matter anonymously.

Respectfully submitted,

*/s/ Michael R. Schneider*
Michael R. Schneider, Esq.
(Mass. Bar No. 446475)
Good Schneider Cormier
83 Atlantic Avenue
Boston, MA 02110-3711
Tel:  (617) 523-5933
Email:  ms@gscboston.com

Dated:  April 9, 2015