UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil No. 1:15-cv-11557-MLW |
| ) | |
| BRANDEIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE OF ANTONIO MORIELLO

Please enter the appearance of Antonio Moriello for Defendant Brandeis University.

        BRANDEIS UNIVERSITY,

        By its attorneys,

        /s/ Antonio Moriello
        Alan D. Rose (BBO #427280)
        Antonio Moriello (BBO #685928)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, MA  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
        am@rose-law.net

Dated:  April 15, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on April 15, 2015.

                                      /s/ Antonio Moriello