UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil No. 1:15-cv-11557-MLW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF ALAN D. ROSE

Please enter the appearance of Alan D. Rose for Defendant Brandeis University.

            BRANDEIS UNIVERSITY,

            By its attorneys,

            /s/ Alan D. Rose
            Alan D. Rose (BBO #427280)
            Antonio Moriello (BBO #685928)
            Rose, Chinitz & Rose
            One Beacon Street, 23rd Floor
            Boston, MA  02108
            (617) 536-0040
            Fax: (617) 536-4400
            adr@rose-law.net
            am@rose-law.net

Dated:  April 15, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on April 15, 2015.

                                          /s/ Alan D. Rose