UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 15-11557-MLW |
| BRANDEIS UNIVERSITY, | ) |
| Defendant. | ) |

**DEFENDANT'S ASSENTED-TO MOTION FOR
AN EXTENSION OF TIME WITHIN WHICH TO OPPOSE
PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Defendant Brandeis University ("Brandeis") hereby moves the Court to extend the deadline by which it must oppose Plaintiff John Doe's Motion to Proceed Under a Pseudonym (Docket No. 3) to May 1, 2015.  As grounds therefore, Brandeis states that its counsel is out-of-state on a family trip and requires additional time to prepare the opposition.  John Doe, through counsel, has assented to this motion.

WHEREFORE, Brandeis respectfully requests that the Court allow Brandeis to file its opposition to John Doe's pseudonym motion on or before May 1, 2015.

1

Respectfully submitted,

BRANDEIS UNIVERSITY,

By its attorneys,

/s/ Antonio Moriello
Alan D. Rose (BBO #427280)
Antonio Moriello (BBO #685928)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, MA  02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
am@rose-law.net

Dated:  April 23, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on April 23, 2015.

/s/ Antonio Moriello

## CERTIFICATION PURUSANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on April 23, 2015, I consulted with counsel for John Doe, Patricia Hamill, Esq., regarding this motion.  Ms. Hamill indicated at that time that she assents to this motion.

/s/ Antonio Moriello