UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 15-11557-MLW |
| BRANDEIS UNIVERSITY, | ) |
| Defendant. | ) |

**AFFIDAVIT OF WILLIAM SCHALLER IN SUPPORT OF BRANDEIS UNIVERSITY'S OPPOSITION TO PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

I, William Schaller, do hereby depose and state under oath as follows:

1. I am employed at Brandeis University ("Brandeis") as its Executive Director of Integrated Media.

2. In this position, I oversee the communication of news and information about Brandeis and its community to local, national and international print, broadcast and digital news organizations.

3. As part of my duties, I occasionally receive inquiries from news reporters seeking comment on various matters.

4. I have never initiated contact with, or otherwise sought out, any news reporter regarding this case or its subject matter.

5. On April 10, 2015, I was contacted by Fred Thys, a reporter from the radio station WBUR. Mr. Thys stated that he was doing a report on a matter. He explained that he had been contacted by Plaintiff's counsel about this action and identified Plaintiff by name. Mr. Thys sought a comment from me about this matter.

6. Plaintiff has generated, or contributed to, considerable media publicity regarding this action and the underlying subject matter. Attached hereto as **Exhibits A-E** are true and accurate copies of news stories regarding Plaintiff's allegations and complaints.

Signed under penalty of perjury this 30th day of April, 2015.

_____
William Schaller

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on May 1, 2015.

      /s/ Alan D. Rose