MENU 

LISTEN LIVE     NOW PLAYING
                Fresh Air



WBUR NEWS                                 September 4, 2014    Updated September 4, 2014, 6:40 pm

# Brandeis Under Investigation For Handling Of Sexual Misconduct Case

By **FRED THYS**

Updated September 4, 2014, 6:40 pm

**BOSTON** — The federal government is investigating whether Brandeis University violated a student's civil rights in its handling of a sexual misconduct investigation.

The case is unusual because the complaint, obtained by WBUR, has been filed by a student who was found by the school to have committed sexual misconduct.

It's also unusual in that complaints to the Department of Education under Title IX are generally filed by women.

Story continues below



In this case, the complainant, a man, accuses Brandeis of gender discrimination, saying another student was allowed to accuse him of sexual assault without giving him a hearing before disciplinary charges were brought against him.

MOST POPULAR

How The Vietnam War Resonates 40 Years After The Fall Of Saigon

Fight Over Same-Sex Marriage Hits Supreme Court

April 17, 1979: The Night Only 250 Fans Showed Up In Oakland

EXPAND

He says his accuser was allowed to have a lawyer present during disciplinary proceedings while he could not.

The student also claims Brandeis denied him access to documents that would have allowed him to prepare his defense, and that the dean who disciplined him was not properly trained in handling complaints of sexual violence.

Brandeis has issued a statement saying it has "an utmost commitment to ensuring the safety" of its students.

More than 75 colleges and universities are now being investigated for violating the civil rights of students in cases of sexual assault on campus.

Comments for this thread are now closed.　　✕

**9 Comments**　　　**WBUR**　　　 **Login**

♥ Recommend　　　⤴ Share　　　　　　　　　　Sort by Newest ▾


**HBergeron** • 8 months ago
Welcome to the wonderful world of feminist equality where all it takes to be convicted of charges of sexual assault, sexual harassment, or DV is the woman's testimony.
5 ▲ | ▼ • Share ›


**HappyImNotYou** • 8 months ago
The Department of Education and all schools should keep in mind the maxim/proverb: Hell hath no fury like a woman scorned. During my long life, I have seen many women falsely accuse a man of wrongdoing just because she is mad at him and our justice system seems to think all women always tell the truth. I yearn to be on juries where a woman is the accuser and a man is the defendant - NOT GUILTY!!!
11 ▲ | ▼ • Share ›


**downtown21** • 8 months ago
It's actually not unusual. Brown paid out a settlement over this recently. And it's going to become more common now that the Department of a Education is pressuring schools to essentially railroad the accused.

I've read about this case. The accusation came months after the fact and it consisted almost entirely of highly subjective interpretations of ambiguous behavior. The accuser actually admitted he didn't bother to talk to the police because he knew there was no way to win a case in court. The school hired a prosecuting attorney who grilled the accused, who had no right to his own representation. He couldn't face his