# BOSTON BUSINESS JOURNAL

**TECHFLASH**

**IT'S ABOUT TIME**
BAY STATE FIRMS APP UP FOR APPLE WATCH 10



**THE LIST** — THE LARGEST PRIVATE COS. IN MASS. 26-33



CEO Bruce Van Saun said new talent is needed if Citizens is ever to "up its game."

# CITIZENS AT A CROSSROADS

NEARLY FREE OF ITS SCOTTISH PARENT, THE STATE'S SECOND-LARGEST BANK PLOTS A NEW PATH TO INDEPENDENCE

COVER STORY BY GREG RYAN, 20

MARK CONRAD

**OUTSIDE THE BOX**

**REAL ESTATE REMAINS A FAMILY AFFAIR** 25

**WHAT ARE YOU WORTH?**

**The best-paying jobs in Massachusetts**

From surgeons to fast-food cooks, jobs data from the U.S. Bureau of Labor highlights average paychecks.
CRAIG M. DOUGLAS, 4

**LAW & MONEY**

**Pressure is on after Bain's Patrick hire**

Boston's social impact investment leaders weigh in on the former governor's new role. GREG RYAN, 12

**FOCUS: REAL ESTATE**

**FROTHY MARKET**
CRAFT BREWERIES ARE RISING THROUGHOUT THE BAY STATE 14





BOSTON BUSINESS JOURNAL
April 24, 2015
Vol. 35, No. 12, $6.00
160 Federal Street
12th Floor
Boston, MA 02110

**Breaking news online**
BostonBusinessJournal.com

**On smartphones and tablets**
BostonBusinessJournal.com/apps

**Daily email updates**
BostonBusinessJournal.com/email

# Regulators investigate Brandeis over treatment of sexual-assault allegations

Federal regulators are investigating accusations spurred by a Massachusetts lawsuit alleging that Brandeis University violated a former student's civil rights by conducting a "closed door" inquiry over sexual misconduct on campus.

The investigation by the U.S. Department of Education's Office of Civil Rights was disclosed in a lawsuit filed this month against the Waltham-based school and corresponds with a nationwide debate on the adjudication of sexual-assault cases on campus.

The suit calls into question a new process Brandeis instituted to adjudicate sexual-assault and harassment cases.

According to court filings, the male student who filed the lawsuit, identified as John Doe in the complaint, ultimately received a disciplinary warning from Brandeis University. The warning resulted in a permanent notation on Doe's academic record showing that he was found responsible for the alleged charges, the complaint states.

A Brandeis spokesman said that the U.S. Department of Education's Office of Civil Rights had informed university officials last fall that the federal office was investigating a claim against the university.

Legal experts say the majority of federal investigations of this nature are closed without penalties. However, those same sources said investigations are not opened unless substantive allegations are brought against an institution.

– Mary Moore

▶ **CASE SPECIFICS**

▶ According to the legal complaint, Doe began exclusively dating another male student, identified only as J.C., who alleged in January 2014 that Doe "had numerous inappropriate, nonconsensual sexual interactions" with J.C.

▶ There were no medical or hospital records, 911 calls, reports to campus police, witness reports or any other evidence, according to the lawsuit.

▶ Brandeis previously had a hearing process that included a four-member tribunal and an opportunity for both parties to present information.

▶ The legal complaint alleges that Brandeis has "created a secret, inquisitorial process" in which the Special Examiner, who is hired by the university, conducts a "closed door" investigation.