# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:   Civil Action No.1:15-cv-11557-MLW<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2015, upon consideration of the parties' Joint Motion for Leave to File Reply Brief and Sur-Reply, and Memorandum of Law in Support thereof, it is hereby **ORDERED** that the Joint Motion is **GRANTED.** It is further **ORDERED** that (1) Plaintiff John Doe is permitted to file his Reply Brief in Further Support of Motion for Permission to Proceed Under Pseudonym within five (5) business days of entry of this Order, and (2) Defendant Brandeis University is permitted to file its Sur-Reply thereto within ten (10) business days after Plaintiff's Reply Brief is filed.

                                                  **BY THE COURT:**

                                          **MARK L. WOLF      , J.**

5