UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN DOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.1:15-cv-11557-MLW |
| | : | |
| BRANDEIS UNIVERSITY, | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF
JOINT MOTION FOR LEAVE TO FILE REPLY BRIEF AND SUR-REPLY**

Plaintiff John Doe ("Plaintiff") and Defendant Brandeis University ("Brandeis") hereby submit this Memorandum of Law in Support of Joint Motion to File Reply Brief and Sur-Reply.

Plaintiff filed the Complaint in this matter on April 9, 2015 under the pseudonym John Doe. Contemporaneously with the Complaint, Plaintiff filed a Motion for Permission to Proceed Under Pseudonym ("Motion") and supporting Memorandum of Law. On May 1, 2015, Brandeis filed its Opposition to Plaintiff's Motion. In its Opposition, Brandeis provided an Affidavit of its Executive Director of Integrated Media and appended five Exhibits, consisting of newspaper articles that have reported on Plaintiff's Complaint and the underlying disciplinary proceeding that is the basis of the Complaint.

Because Brandeis's Opposition, Affidavit and supporting Exhibits raise factual issues not fully addressed in Plaintiff's Memorandum of Law in Support of the Motion, Plaintiff wishes to file a Reply Brief with supporting Affidavit and Exhibits in further support of the Motion. Brandeis in turn seeks the Court's permission to file a Sur-Reply in opposition thereto.

Both parties agree that the issues raised by the Motion and Brandeis's Opposition are important to the parties and this case, and wish the Court to have a fully developed record on the issue before ruling on it.

Accordingly, Plaintiff and Brandeis respectfully jointly request that the Court enter an Order permitting (1) Plaintiff to file a Reply Brief in Further Support of Motion for Permission to Proceed Under Pseudonym within five (5) business days of entry of the Court's Order, and (2) Brandeis to file a Sur-Reply thereto within ten (10) business days after Plaintiff files his Reply Brief.

Respectfully submitted,

PLAINTIFF JOHN DOE

By his attorney

/s/ Michael R. Schneider
Michael R. Schneider, Esq.
(Mass. Bar No. 446475)
Good Schneider Cormier
83 Atlantic Avenue
Boston, MA 02110-3711
Tel: (617) 523-5933
Email: ms@gscboston.com

2

                    BRANDEIS UNIVERSITY,

                    By its attorney

                    /s/ Alan D. Rose
                    Alan D. Rose (BBO #427280)
                    Antonio Moriello (BBO #685928)
                    Rose, Chinitz & Rose
                    One Beacon Street, 23rd Floor
                    Boston, MA  02108
                    Tel.: (617) 536-0040
                    Fax:  (617) 536-4400
                    adr@rose-law.net
                    am@rose-law.net

Dated: May 6, 2015