# EXHIBIT A



# Brandeis University

Academic Services

*Personal and Confidential*

Usdan 130 / MS 001
P.O. Box 549110
Waltham, Massachusetts
02454-9110

781-736-3470
781-736-2003 Fax
www.brandeis.edu/acserv

May 30, 2014

Dear REDACTED

This letter serves as the final outcome notification for the allegations against ████████ and you that resulted from two Community Standards Reports filed on January 14 and 15, 2014. After reviewing the special examiner's report in this matter, the following decision has been made regarding the violations for which you were charged:

You were found not responsible for the following sections of the 2013-14 Rights and Responsibilities Handbook:

| | | |
|---|---|---|
| 2.1.e | invasion of personal privacy | |
| 7.5 | false claims | |

**False claims my attacker filed in retaliation after I reported him.**

████ was found responsible for violating the following sections of the 2011-12 and 2012-13 Rights and Responsibilities Handbook:

| | |
|---|---|
| 2.1.d | physical harm |
| 2.1.e | invasion of personal privacy |
| 3.1 | consent and sexual misconduct |
| 3.2 | taking advantage of someone's incapacitation |
| 3.3 | lack of consent |
| 7.2 | sexual harassment |

**All of the violations my attacker has been found guilty of for one or more incidents.**

In these matters, the protection of Mr. ████ 's rights under the Family Education Rights and Privacy Act and your rights to know his sanctions under Title IX have to be carefully honored. I can share with you that Mr. ████ has been issued a disciplinary warning and will be required to engage in an educational assessment and curriculum that is designed by Sheila McMahon, the Sexual Assault Services and Prevention Specialist at Brandeis.

The University Restrictions under which ████ has been operating are lifted, however additional restrictions may be considered by the Dean of Students Office as deemed necessary for the health or safety of Brandeis students. The No Contact Order (NCO) put in place with Public Safety remains active. He has been reminded that he is to have no contact whatsoever with you while the NCO is in place. This includes no communication via any social media and/or email or phone. You should also avoid any contact with him. Should you have questions about the NCO, you should speak with Ed Callahan, Director of Public Safety, or Sargent Bette Reilly.

Please note that either party can appeal this decision. Please consult the Appeals Procedures in Section 22.6 of Rights and Responsibilities to be informed of those rights. Feel free to contact Dean Gendron or me with any questions.

Sincerely,

*Lisa Boes*
Lisa Boes
Dean of Academic Services

**Is a "disciplinary warning" proper punishment for multiple forms of rape, sexual assault, invasion of privacy, physical harm, and harassment? Will it actually do anything to combat these issues on college campuses? The Brandeis administration seems to think so.**

# EXHIBIT B



●○○○○ Verizon 📶          6:49 PM          66% 🔋

‹          🔍 Search

REDACTED

18 minutes ago ⚙

I don't normally say this, but: please, help me.  This is serious.  This letter is only the latest of the numerous ways in which the Brandeis administration has chosen to protect my attacker since I reported him 6 months ago.  With this letter, they are telling our campus community: "Go ahead, rape somebody.  Sexually harass them.  Physically harm them.  Ruin their life.  We'll give you a freebie."  As students, our campus officials encourage us to report incidents of sexual assault and rape, but why?  So that they can threaten us?  Humiliate us?  Protect our attackers?  Over the past hellish 6 months, I have been left attacked and virtually powerless under the heft of "Brandeis University, Inc."  Issues of my physical and mental health and safety have been largely either ignored or casually dismissed by a number of uncaring

  Write a comment…          Post

                                        
News Feed     Requests     Messages     Notifications     More

●○○○○ Verizon 🛜   6:49 PM   66% ▭

🔍 Search

months ago.  With this letter, they are telling our campus community: "Go ahead, rape somebody.  Sexually harass them.  Physically harm them.  Ruin their life.  We'll give you a freebie."  As students, our campus officials encourage us to report incidents of sexual assault and rape, but why?  So that they can threaten us?  Humiliate us?  Protect our attackers?  Over the past hellish 6 months, I have been left attacked and virtually powerless under the heft of "Brandeis University, Inc."  Issues of my physical and mental health and safety have been largely either ignored or casually dismissed by a number of uncaring university staff members.  I have been victimized by my attacker, and victimized again by this university.  However, I am no longer going to be just a victim.  I cannot be the only one that this is happening to.  I am standing up against Brandeis's decision to protect sexual assailants, and I hope that you will stand with me.

Write a comment…   Post

News Feed   Requests   Messages   Notifications   More



**REDACTED** updated his cover photo.

2 hours ago · Edited

For all of the times administrative officials have told me that they care about my safety while they continue to ignore my emails, refuse to enforce my No Contact Order when it is violated, and refuse to enact measures against my attacker to actually keep me safe. (Picture courtesy of REDACTED)

Dear Brandeis University Administration,

You seem to be under the impression that if you keep telling us you care about our safety that we'll believe you. I'm going to need something more substantial than words to believe that.

- A Concerned Student

#Noneofthatisenough

# EXHIBIT C

**HUFF POST** **Breaking the Silence**

Addressing Sexual Assault on Campus



Tyler KingkadeBecome a fantyler.kingkade@huffingtonpost.com
Email

Brandeis University Punishes Sexual Assault With Sensitivity Training
Posted: 06/11/2014 4:44 pm EDT Updated: 06/12/2014 8:59 pm EDT



Pin it
A passerby walks past the Carl and Ruth Shapiro Campus Center on the campus of Brandeis
University, in Waltham, Massachusetts. (Steven Senne) | ASSOCIATED PRESS

Following a six-month investigation, officials at Brandeis University found a male student guilty
of sexual assault, only to punish him with a warning and sensitivity training, according to
university documents provided to The Huffington Post.

"Honestly, I thought it was a joke," said REDACTED a rising Brandeis senior and the reported
victim in the case. "Did they send me the wrong letter? I read the charges and almost nothing
was happening -- just a slap on the wrist."

In January, REDACTED reported a fellow Brandeis student for sexual assault. The list of charges
against the accused student included sexual assault, taking advantage of one's incapacitation,
sexual harassment, physical harm and invasion of personal privacy, according to a university
document shared with The Huffington Post. The accused was found responsible for all charges,
but only after a lengthy process that REDACTED claims often excluded him from knowing details
about his case.

Days after REDACTED first reported the student, the accused man filed a report of his own against
REDACTED in retaliation, a charge that was eventually dropped, and for charges of "false claims" and
invasion of privacy, for which university officials found REDACTED not responsible.

According to a letter from [REDACTED] faculty adviser to the university Title IX officer, Dean of Students Jamele Adams initially restricted [REDACTED] from entering the school's dining halls due to the charges against him, and asked [REDACTED] to step down from a campus leadership position. After he protested, the university relented on these restrictions, [REDACTED] said.

When [REDACTED] asked the university what interim restrictions were placed on his attacker, he said Adams would not tell him. Associate Dean of Student Life Maggie Balch told [REDACTED] he should expect to see his attacker around campus, and should report his attacker if he violated the Dean's restrictions, which again, the office declined to disclose, according to [REDACTED].

Brandeis spokeswoman Ellen de Graffenreid would not comment on specific cases, but said reported victims are informed if "the accused is barred from particular areas or activities." She told HuffPost that "restrictions that might be imposed by the university unrelated to the safety of the accuser would not be shared."

Without knowing whether there were any intermediary measures in place, [REDACTED] obtained a no-contact order against the accused assailant. In February, the accused student violated the no-contact order, but [REDACTED] said he was simply given a warning as a result.

"It gives him the idea he can violate these things and not get punished for it," [REDACTED] said.

Just before final exams, the university found the accused responsible for all charges against him. Dean of Academic Services Lisa Boes assembled a panel of faculty and staff to decide the student's punishment. Fifteen days later, on May 27, the accused was given a warning and sensitivity training as a sanction.

Reporting the assault, and the subsequent process, was "probably the worst experience of my entire life and one of the hardest things I've ever done," [REDACTED] said. "I have a lot of anger and I'm not normally an angry person."

De Graffenreid declined to comment on the case except to say there were "factual errors in the information" provided by [REDACTED] to HuffPost. She would not elaborate on which parts of [REDACTED] account were inaccurate or which parts differed from the university's version of events, instead repeatedly citing the Family Educational Rights and Privacy Act.

"All of the timing in terms of the projected length of an investigation is listed as our goal, and is often optimistic in very complex cases," de Graffenreid said in reference to how long a student misconduct investigation may take. "We share our students' concerns about the length of these investigations, but must be observant of the rights of all parties and thorough in our investigative efforts. The parties involved are updated at regular intervals during the process."

Brandeis has faced a round of criticism for its handling of sexual violence.

The activist group UltraViolet targeted Brandeis, along with a handful of other universities, in a social media campaign this April, branding it a college with a "rape problem."

An online petition during the recent spring semester called on Brandeis to establish a rape crisis center, maintain a permanent on-call crisis response counselor and implement bystander intervention training at orientation, among other prevention efforts. More than 2,600 people signed the petition.

The petition was inspired by a Tumblr called SpeakOut! Brandeis, which chronicled the experiences of survivors and called for more resources and education to prevent sexual violence on campus.

"Brandeis strives to be a leader in combating sexual violence and will use every means at our disposal and consistent with our values to do so," de Graffenreid said. "At the same time, we join colleagues across the country struggling to balance our commitment to support survivors with valuing fairness, integrity and proportionality in our conduct systems."

"Research indicates that punitive measures are unlikely to be a deterrent to other offenders," de Graffenreid added, "and that particularly harsh mandatory sanctions can have the impact of discouraging survivors from coming forward."

According to information from Brandeis, the university found five students responsible for sexual misconduct in calendar year 2013. Two were dismissed from Brandeis, two were suspended and one was placed on probation and required to complete education on sexual assault prevention, the university said.

Frustrated with the outcome of his own case, REDACTED posted about it on Facebook and began receiving a flood of messages from other survivors at Brandeis. It was frightening, he said, how pervasive the issue appeared to be.

REDACTED said that sexual assault is a "scary" topic, but he felt he needed to come forward.

"I just needed to do something about it," REDACTED said. "I needed to let people know this is happening."

Need help? In the U.S., visit the National Sexual Assault Online Hotline operated by RAINN. For more resources, visit the National Sexual Violence Resource Center's website.

Like Us On Facebook | Follow Us On Twitter | *Pin it* Contact The Author
More:
Brandeis RapeLgbt Sexual AssaultBreaking the SilenceBreaking the SilenceBrandeis UniversityBrandeis University Sexual AssaultMale Sexual AssaultSexual Assault BrandeisBrandeis Sexual Assault
Suggest a correction

Top of Form

Bottom of Form
Around the Web
    Sexual Assault Services and Prevention | Brandeis University
    Update on sexual assault prevention efforts | BrandeisNOW
    Editorial: Combat sexual assault at Brandeis - The Justice - Brandeis ...
    Alleged rape case at Brandeis casts doubts on assault policy ...
SpeakOut! Brandeis
    University works to improve sexual assault policy
Click here to view Conversations
Conversations
Advertisement
Suggested For You
FOLLOW HUFFPOST

# EXHIBIT D

Wednesday, May 06 2015 | Updated at 04:19 PM EDT

Stay Connected With Us    f  🐦  📶



# UNIVERSITY HERALD

🏠  News  Academics  Students  Special Reports  Opinion  Sports  Money/Tech  Science  A-Z Universities  Video

STAPLES
MAKE more HAPPEN

Jun 12, 2014 02:19 PM EDT

## Brandeis University Student Says School Hit Sexual Assault Assailant With 'Slap on the Wrist'



*(Photo : Brandeis University) Brandeis University will being its search for a new president right away.*

Brandeis University recently punished a male student they found responsible of sexual assault with sensitivity training.

According to documents shared with the Huffington Post, the victim, also a male student, accused the school of dolling out no more than "a slap on the wrist." A rising senior at Brandeis, REDACTED said he was mostly kept in the dark during the school's six-month investigation.

**Like Us on Facebook** f Like 4.1k    He reported the sexual assault complaint in Jan. and, according to

the documents, accused his assailant of physical and sexual assault, as well as harassment and privacy invasion. The school sent the accuser a letter informing the assailant was found responsible on all charges, but essentially received a warning and mandated sensitivity training.

"Honestly, I thought it was a joke," REDACTED told the HP. "Did they send me the wrong letter? I read the charges and almost nothing was happening - just a slap on the wrist."

The rising senior also said his attacker filed a report in retaliation, accusing REDACTED of charges that the school eventually dismissed. However, REDACTED was reportedly barred from the dining hall and was forced to step down from his leadership position at a student organization, the HP learned.

REDACTED then got a no-contact order against the assailant, which was broken and reprimanded with a warning. REDACTED called the experience as a whole "probably the worst experience of my entire life and one of the hardest things I've ever done."

Brandeis spokeswoman Ellen de Graffenreid could not discuss details of the case, but told the HP she believed some of the information REDACTED provided was flawed.



"All of the timing in terms of the projected length of an investigation is listed as our goal, and is often optimistic in very complex cases," de Graffenreid said. "We share our students' concerns about the length of these investigations, but must be observant of the rights of all parties and thorough in our investigative efforts. The parties involved are updated at regular intervals during the process."

© 2015 University Daily News, All rights reserved. Do not reproduce without permission.

Sponsored From Around the Web









## MUST READ

### UCSF Accused of Prolonging Sexual Assault Probe Long Enough for Accused to Finish Classes

**May 05, 2015 PM EDT**

The University of California - San Francisco (UCSF) stands accused of prolonging a sexual assault investigation to allow a victim's assailant to ...

### La'el Collins Meeting With NFL Teams Amid Open Homicide Investigation

**May 05, 2015 AM EDT**

La'el Collins was considered a lock for the first round of the NFL Draft, but his name was not called at any point over the weekend due to an ongoing ...

### Purdue University

# EXHIBIT E

INTERNET ARCHIVE
WaybackMachine

http://www.thejustice.org/news/view.php/744034/Universitys-handling-of-sexual-as   Go

4 captures
13 Jul 14 – 5 Oct 14

JUN   JUL   AUG   Close
◄ ► 13 ►
2013   2014   2015   Help

Headlines     Kamensky leaves Brandeis after 20 years of teachi      Sign Up | Log In    Search

the**Justice**.org                       Post Classifieds

News   Arts   Opinion   Sports   More       **Classifieds**   Housing   Jobs   For Sale   Services

# University's handling of sexual assault case proves unsystematic, hinderance to students involved

By Marissa Ditkowsky   On June 24, 2014    [ Tweet ]    Like ·   Pin It

*Changes appended.*

After claiming to have survived multiple sexual assaults, a Brandeis student's activation of the University's Special Examiner's Process has raised questions regarding the effectiveness of the process and the University's handling of sexual assault, both from the accused student and the complainant.

[REDACTED] '15, who initially filed the Community Standards Report, shared a letter with the Justice, as well as on Facebook, that the University sent to him explaining the results of the Special Examiner's Process for his case. The letter stated that the University found the accused student guilty after investigation, and that it has issued a disciplinary warning to that student. The University will further require the accused student to complete an educational assessment and curriculum designed by Sexual Assault and Prevention Specialist Sheila McMahon.

However, the accused student, who has asked to remain anonymous, has expressed qualms with the Special Examiner's Process to the Justice, and plans to appeal the University's decision.

Since [REDACTED] posted the letter and an explanation of the situation to Facebook, the Brandeis community has led an outcry via social media rallying support for him. Many students reposted the letter and expressed their own concerns about the results of the process. "This is serious. This letter is only the latest of the numerous ways in which the Brandeis administration has chosen to protect my attacker since I reported him 6 months ago. With this letter, they are telling our campus community: 'Go ahead, rape somebody. Sexually harass them. Physically harm them. Ruin their life. We'll give you a freebie,'" wrote Babeu, as a caption for his original posting of the letter to Facebook.

According to [REDACTED] the accused student sexually assaulted him multiple times over [REDACTED] first two years at Brandeis, but he did not officially report these incidents until Jan. 14, 2014. The Special Examiner's Process, by which an external investigator determines who is responsible for committing violations, was initiated in response to this report. At the conclusion of the process, the University determines what sanctions are placed on the guilty party. In [REDACTED] case, the process, which is estimated to take 60 days according to the Rights and Responsibilities handbook, was not completed until May 30, spanning over four months.

According to the accused student, upon counsel's advice, he initially filed his own Community Standards Report with the University against [REDACTED] for false claims, invasion of personal privacy—as he "considered this investigation to be a violation of that privacy"—and sexual harassment, although he dropped this claim one week later, leaving only concerns filed regarding false claims and invasion of privacy.

After the incidents, [REDACTED] did not file an investigative report to the police, although he said that

## MOST POPULAR THEJUSTICE NEWS

Brown guides Judges in final year on the court
By Celine Hacobian

Orthodox community must embrace its diversity
By Phil Gallagher

POINT/COUNTER-POINT: Rescinding Hirsi Ali degree upholds open debate
By Max Moran

POINT/COUNTER-POINT: Taking back degree values sensitivity over free speech
By Aaron Fried

## GET TOP STORIES DELIVERED WEEKLY

Enter email to receive news    Subscribe

## FOLLOW OUR NEWSPAPER

## LATEST THEJUSTICE NEWS

Kamensky leaves Brandeis after 20 years of teaching, Engerman steps up as...

University's handling of sexual assault case proves hinderance...

Xerox turnover yields employment controversy

'Twelfth Night; Or What You Will' takes an outside forum to shine

he filed a confidential report with the Waltham Police Department in order to be able to request a no contact order between the student and himself with University Police. "I didn't want to start a police investigation because…very few cases of sexual assault that go to the courts are found in favor of the survivor…and also the number of cases that are successful in the [lesbian, gay, bisexual, transgender and queer] community are even fewer,"  said. "I had already reported it to the University at that point, so I didn't want to add on the extra trauma and anguish of going through a police investigation."

### The Special Examiner's Process

The letter addressed to  which was dated May 30, 2014 and signed by Dean of Academic Services Lisa Boes, stated that the accused student was found guilty of "physical harm, invasion of personal privacy, consent and sexual misconduct, taking advantage of someone's incapacitation, lack of consent and sexual harassment."

Boes was appointed to the case to take the place of Senior Vice President for Students and Enrollment Andrew Flagel, who would normally act in the Special Examiner's Process. In an email to the Justice, Senior Vice President for Communications Ellen de Graffenreid explained that an individual appointed by Flagel, who is the senior student affairs officer in cases like these, can act as the senior student affairs designee in his stead. In an interview with the Justice, McMahon expressed that her understanding was that Boes was appointed as other administrators knew the students personally and it would "not be appropriate" for them to make the final decision as to the sanctions or punishments. A panel provides suggestions to Boes as the SSAO yet the verdict for sanctions was her final call, according to the Rights and Responsibilities handbook.

After reporting the incidents to the University in January,  was not immediately informed of the interim restrictions placed on the student during the investigation.  said that he did not receive a response informing him of these restrictions until almost the end of April, about three months after he initially filed the claims. "I perpetually kind of found myself having to email Lisa Boes…multiple times to… get updates from her,"  told the Justice. In fact, his request of an NCO,  said, was due to this lack of communication. Boes wrote in an email to the Justice that she could not provide a comment on the case due to federal privacy laws, but referred all general questions on the process to de Graffenreid.

According to  he was finally informed of the restrictions on the accused student when he spoke to Flagel. At that point, the NCO had already been in place.  said that Flagel told him that he should have been informed of the restrictions from the very beginning of the process.

Although  was unaware of the accused student's interim restrictions, the student submitted a waiver of his Family Educational Rights and Privacy Act rights to the University and provided documents to the Justice, including the list of interim restrictions placed on him following  filing of the CSR. As a part of the initial emergency restrictions placed on him from Jan. 14 through Jan. 16, the student was unable to attend classes and was not permitted to eat in any dining hall facilities on campus. Although the student said Associate Dean of Student Life Maggie Balch initially told him that he would have to leave campus immediately, she ultimately arranged for him to stay in the Faculty Lodge. He wrote that he was given an hour and a half to retrieve his clothing and food for the next day, and was expected to remain in the Faculty Lodge until further notice.

Two restrictions that remained after the emergency restrictions were lifted on Jan. 16 were that the student was not allowed in the Shapiro Campus Center at certain times, and was not permitted in any building in the residence quad in which  lived, according to an email from Balch to the student that he provided to the Justice. The student wrote in an email to the Justice that he had to reduce his class schedule to three courses and drop a course required to complete his major due to the stress of the situation and the hours spent in meetings for the investigation.

**Puppet show gets laughs in the SCC**

**Culture X creates unity within diversity**

**Police Log**

---

### RECENT THEJUSTICE CLASSIFIEDS

HOUSING | JOBS | FOR SALE | TUTORS

**Roommate wanted for 5 bedroom 2.5...**
Posted in Roommates

**Roommate wanted for 5 bedroom 2.5...**
Posted in Roommates

**Waltham Overlook**
Posted in Apartments & Houses

See all Housing listings

---

### FROM AROUND THE WEB

**Managing Pain: Are You Reading Your Medicine Labels?**

**Does Your Garbage Want to Be Recycled?**

**You Can Quit**

**Pinching Penny Stocks May Be the Wise Way to Invest**

**Growing Investment Opportunities In Green -- and Blue --...**

**5 Tips for Healthy Eating as We Age**

**Comparison-Shopping for Life Insurance Made Easy**

**AARP Offers Tools for Caregivers**

**Getting the Best Price for Your House to Help Finance...**

**Take Ownership of Your Vacation Time**

---

### TODAY'S PRINT EDITION

**Filing the No Contact Order**

Both REDACTED and the student further described the University Police's handling of an incident that REDACTED reported as a violation of the NCO. On the last day of classes before the February break, REDACTED and the student crossed paths, entering Usdan Student Center at the same time. When REDACTED reported the violation to Lt. Bette Reilly of University Police, he said that Reilly responded via email, writing that the student had already left for the break, but that she would speak to him as soon as classes were back in session. When students returned from the break, REDACTED said that he did not hear from the University Police. He emailed Reilly to find out the results, and she replied that the University had given the student a disciplinary warning as a result of the violation. The student, however, told the Justice that he did not receive any written disciplinary warning.

"I was very confused about that because, as it was explained when I got the no contact order… on the order itself it says that any violation will result in disciplinary action," said REDACTED "I was confused as to why it was a warning because I thought the order itself kind of served as a warning."

After REDACTED emailed several parties in search of a response, the Title IX coordinator set up a meeting between REDACTED and Reilly. At the meeting, REDACTED said that Reilly explained the student was not found guilty of a violation. When REDACTED asked what would constitute a violation, he said that Reilly replied, "Well let's just say if the same exact situation happened again in the future, it would be a violation." When asked how this was decided, REDACTED told the Justice that Reilly initially said that it was "confidential," although she later stated that it was due to an "ambiguity."

When REDACTED asked if the ambiguity was in the way the NCO was delivered to the student, REDACTED said that Reilly stated that the ambiguity was in the way the student understood the NCO. Reilly did not respond to requests for comment by press time.

However, according to the accused student in an email to the Justice, the confusion regarding the NCO arose due to an email Balch sent to him on Jan. 16—when he was first being notified of the NCO—stating that "there is an expectation of 'good faith' through out this process." She wrote to the student that, should he see REDACTED on campus, "please do your best to not have contact or make others feel uncomfortable. For example, should you both be in Gosman [Sports and Convocation Center] at the same time, please keep your distance and do not engage in contact with the other party or parties."

According to the student, he believed that these provisions applied to the NCO, as well. "[W]hen I received the NCO from public safety, it was a document that only stated that I couldn't contact REDACTED either in person, online, or via third party. It makes no mention of what to do when we are in the same place," the accused student wrote, which is corroborated in Boes' final report on the case that the student provided to the Justice. "It was later described to me that I was not permitted to enter a space REDACTED had already entered despite the fact that this was not included in the original description of my restrictions and I followed these perfectly once they were actually explained."

After REDACTED meeting with Reilly, the Title IX coordinator told REDACTED that he could still file his own CSR on the violation. "I felt like Brandeis had kind of chosen not to enforce [the NCO]," REDACTED said. Due to the situation and concern for his safety, REDACTED said that he started going to Usdan less, changed walking routes around campus and stopped attending campus events and campus parties due to possibility of running into the student.

According to the accused student, the results of the CSR were decided in his favor, and he was ultimately not found guilty of the violation. However, he was found guilty of several other charges.

**The University's response**

"Consequences, conduct actions, and sanctions are assigned to students found responsible for violations of *Rights and Responsibilities*," wrote de Graffenreid in an email to the Justice. However, she added that "[t]he process considers each circumstance individually so as to arrive

Open publication - Free publishing

5/5/2015    University's handling of sexual assault cases stirs debate on how system failed, enraged students and prompted injustice

Case 1:15-cv-11557-FDS  Document 16-2  Filed 06/02/15  Page 18 of 75

at an outcome that pairs accountability with education and community integrity."

De Graffenreid noted recent University efforts to combat sexual misconduct on campus, including adding orientation sessions; providing bystander training for faculty, staff and students; hiring McMahon and creating a resource guide for survivors, among others.

The educational curriculum that the student will have to complete, according to McMahon, has not yet been determined. Due to a potential conflict of interest because of her knowledge of the situation, she explained that it would be best to find an external program for the student. McMahon said that she will meet with the student to "figure out a situation that does not present a conflict of interest." Although she said that she was asked questions throughout the Special Examiner's Process, she has no role in the decision process for assigning sanctions. McMahon described her role as "separate from the judicial process."

Boes referred the Justice to de Graffenreid when asked what the disciplinary warning portion of the sanctions entailed. De Graffenreid wrote in an email to the Justice that she could not comment on this particular case due to federal privacy laws, but wrote that "[d]isciplinary warning is warning in writing of the possible consequences of continuing inappropriate behavior. Additional conditions may be applied as part of the disciplinary warning."

However, the accused student wrote that he waived his FERPA rights for the Justice, "so that if [the University] chose, they can answer your questions." De Graffenreid did not respond to requests for comment by press time after the Justice submitted this FERPA waiver. Babeu wrote that he did not waive these rights at all during the process.


**Student responses to the process**

The accused student wrote that he does plan to appeal the University's decision. He claimed that the University "ignored" several of his statements and witnesses he presented during the Special Examiner's Process. "I stand by my conduct and believe that it was always consensual," he wrote in an email to the Justice. "I was found responsible for these instances with little regard for any fairness during the process."

The student noted several procedural errors that he plans to appeal, such as a lack of hearing on issues not under the Special Examiner's Process that he claims should have been subject to the Student Conduct Board.

According to the accused student, despite Dean of Students Jamele Adams recusing himself from the process due to the fact that he knew both [REDACTED] and the accused student, the student claimed that Adams "didn't properly follow protocol" and continued to send restrictions to him by email as part of the NCO after the subsequent CSRs were filed by [REDACTED]

In addition, the student claimed that Flagel, who McMahon said was not involved because he knew both students, "tampered with the process" by splitting [REDACTED] claims into two separate investigations—initiating two separate Special Examiner's Processes—which, the student told the Justice he believed caused a "failing to account for the totality of the evidence."

Although [REDACTED] wrote in an email to the Justice that he was made aware of the student's appeal, the University has not told him what specifically the student is appealing. "I find this very strange, as I am allowed to submit a statement regarding the appeal, and to do so properly would require for me to know what the appeal is about," [REDACTED] wrote.

[REDACTED] said in an interview that despite the accused student seeking an appeal, he does not plan to pursue one. "There are certain things I feel I could appeal about. … However, I don't think it would change anything," he said. [REDACTED] also said that he "got the feeling" that his being male and openly gay could have impacted the University's decision.

According to [REDACTED] a "scary number" of other victims of sexual assault who are students at the University have reached out to him. "Brandeis has a really horrible problem that, at least to me in my experiences, it doesn't feel like they're willing to address it in the way that it needs to be addressed," he said. "Because the fact that somebody could do something like this and get a

5/5/2015
Case 1:15-cv-11557-FDS Document 16-2 Filed 06/02/15 Page 19 of 75
University's handling of sexual assault cases moves to system failure thinks our students are very unjust

warning and sensitivity training is just ridiculous."

The accused student wrote that he does not believe the University should be handling sexual assault cases and should "refer these incidents to law enforcement," as "expulsion is not an adequate punishment for rape."

The student also added that he does not feel the University is equipped to handle such cases. "This is evident from the experience of both the Accused and Accusers. Neither feel as though their rights are being respected. No one at Brandeis is properly trained enough or well equipped enough to handle this matter," he wrote. "Therefore, only law enforcement, which can convict and imprison those found guilty of rape and sexual assault, should have jurisdiction over this matter. I recognize that the criminal justice system is imperfect, and more work needs to be done to make it a safer space for survivors. Regardless, our attention should be focused on improving that system, rather than creating a system on campuses that doesn't work for either the Accuser or the Accused."

*Editor's note:* REDACTED *told the Justice that the accused student received a disciplinary warning for violating the NCO, but the student claims that he did not, in fact, receive any written disciplinary warning.*

**Tags:** News

By **Staff Writer**                                    Follow Staff Writer

**Get Top Stories Delivered Weekly**

Enter email to receive news                Subscribe

**From Around the Web**


'Avengers: Age of Ultron' Ending Explained


'Captain America: Civil War' Will Include Another New Avenger


11 Actors Everyone Hates Working With


The Mystery Woman From the 'Age of Ultron' Trailer Revealed


5 Brilliant Movie Jokes


Jared Leto's Joker


What You Should


15 Most Powerful

Case 1:15-cv-11557-FDS Document 16-2 Filed 06/02/15 Page 20 of 75

| Almost Everyone Missed | Officially Revealed | Know About The Vision Before Seeing 'Ultron' | Villains in the Marvel Universe |

## More thejustice News Articles



**University chooses 63rd annual commencement ceremony speaker**



**Ronny Zinner, trustee and advocate, dies at 70**



**Levisohn assumes new post**



**Car crash injures three students**

## Recent thejustice News Articles

**Kamensky leaves Brandeis after 20 years of teaching, Engerman steps up as History...**
By Kathryn Brody

Prof. Jane Kamensky (HIST) has left the University after serving as a professor at Brandeis for 20 years. Prof. David Engerman (HIST)...

**University's handling of sexual assault case proves unsystematic, hinderance to...**
By Marissa Ditkowsky

Changes appended. After claiming to have survived multiple sexual assaults, a Brandeis student's activation of the...

**Xerox turnover yields employment controversy**
By Marissa Ditkowsky

Changes appended. The University's switch from Canon to Xerox Corporation as its provider for mail services, the Copy Center and...

## Discuss This Article



Add a comment...

Comment using...

Facebook social plugin

| Housing | Jobs | Tutors | College News | Newspaper Info | Business Services |
| Roommates | Internships | Study Abroad | Arts | About Us | Post Jobs |
| Sublets | Professor Ratings | Student Loans | Opinion | Contact Us | Post Housing |
| For Sale | Scholarships | Test Prep | Sports | Advertising | College Publisher |
| Textbooks | | | News | | Newspaper Classifieds |
| | | | | | College Press Releases |
| | | | | | College Wire Service |
| | | | | | Text Links |

Search

© 2014 College Media Network, a Uloop company

# EXHIBIT F

# College students fight sexual assault accusations

**By Matt Rocheleau** | GLOBE CORRESPONDENT JUNE 27, 2014

Following a rise in reports of sexual assaults at colleges, a growing number of alleged assailants — including some at area schools — are pushing back, saying they have been falsely accused amid the heightened awareness sweeping the nation's campuses.

The suspected assailants —who have been put on probation at the schools, suspended, or expelled — are appealing the disciplinary rulings and filing lawsuits asserting that college administrators unfairly rushed to judgment in their cases. They say the decisions have damaged their reputation, disrupted their education, and in some cases cost them thousands of dollars in lost tuition, legal expenses, and other costs.

CONTINUE READING BELOW ▼

Some accused students have also claimed campus officials violated Title IX, the very federal gender-discrimination law that many alleged victims have cited in federal complaints to argue that administrators did not take their allegations seriously or failed to mete out adequate punishment.

In one recent case at Brandeis University, a student found responsible by the school for sexually assaulting and harassing a classmate — his ex-boyfriend — has hired a lawyer and has appealed the ruling. He says he also plans to file a Title IX complaint against the school.

Accused students at Brown University, the University of Michigan, Occidental College, Xavier University, Swarthmore College, and Delaware State University are also fighting back, according to media reports and advocates following the cases.

CONTINUE READING IT BELOW ▼



**View Story**

# Some schools remain hostile to victims, official testifies

"My office and this administration have made it clear that the time for delay is over," a senior Education Department official said.

Colby Bruno, an attorney at the Victim Rights Law Center in Boston, pointed out that studies show false allegations of sexual assault are rare; much more often, the crime goes unreported.

"There's always a swing of the pendulum," Bruno said. "Right now, for the first time in history, victims are being recognized as victims and not liars and of course that's going to come with a certain amount of backlash."

Specialists say the rise in disputed cases highlights the dilemma college administrators face. They often attempt to handle assault allegations internally — via the college's disciplinary system — but many schools find the cases remarkably difficult to investigate and solve, particularly because administrators might lack experience adjudicating such matters.

"We're seeing more students coming forward to report that they were sexually assaulted, and with more reports we're going to certainly see accused students who argue that the process by which they were found responsible wasn't fair," said Alison Kiss, executive director of the Clery Center for Security on Campus, a nonprofit that trains college officials about Title IX and related rules.

Rape cases — on or off college campuses — often involve unclear memories, frequently are between friends or romantic partners, and might not involve reliable witnesses or evidence, specialists say. No matter the school's ruling, an appeal is likely. Further legal action, such as lawsuits and Title IX complaints, can also be taken against a school.

Accused students often expect to be held to the criminal standard of evidence, that it was "beyond a reasonable doubt" that they had committed a crime. However, the US Education Department actually advises colleges to use a lower standard of proof, a "preponderance of the evidence" in adjudicating the cases administratively.

Bruno, of the Victim Rights Law Center, which represents individuals who say they have been sexually assaulted, said that when accused students vocally challenge the allegations, it can cause victims to refrain from reporting crimes.

"Still, I don't think victims have to be concerned that this is something that happens in every case, because it doesn't," Bruno said. "Anybody can file a lawsuit for any reason on any day, but that doesn't mean that lawsuit will be successful."

At Brown, a male student who was recently suspended for a year over accusations he raped a female student has come forward publicly to say he believed the sex was consensual and rebutted details of the case, including allegations that he attempted to strangle the alleged victim. He wrote the US Department of Education to dispute the accusations.

A student at Columbia University who was suspended over allegations of sexual assault filed a federal lawsuit against the school last month, saying administrators rushed to an unfair judgment and violated Title IX by allegedly discriminating against him because he is a male.

In the Brandeis case, administrators hired an outside attorney to act as a "special investigator." In April, following a four-month investigation, the attorney found that the accused student was responsible for non-consensual sexual activity, sexual harassment, and privacy invasion, according to documents obtained by the Globe.

The university sanctioned the student last month with a disciplinary warning and ordered him to meet with a sexual assault specialist.

The accuser, who has not filed criminal charges, has called for administrators to issue a sharper punishment, ideally expulsion. He said he is considering filing a Title IX complaint against the school because, he said, administrators downplayed some of his concerns, were not sufficiently transparent about the process, and discriminated against him because he is a man and gay.

"There are parts of me that wish I didn't go through this process because I feel like I've gone through a lot of re-victimization and re-traumatization," the accuser said in an interview. "But I also feel like it's something that needs to be talked about."

Meanwhile, the accused student has denied the allegations, which he called "ridiculous," saying he and his ex-boyfriend had a typical romantic relationship.

They shared many intimate moments but never had non-consensual sex, he said. They even maintained amicable ties for a while after it ended, he said.

The Globe generally does not identify alleged victims of sexual assaults.

Brandeis officials declined to speak about the case, citing student privacy laws.

Campus spokeswoman Ellen de Graffenreid said administrators "are committed to investigating all reported incidents in an expedient, thorough, and fair manner and to protecting the rights of all parties involved in an investigation."

New York-based attorney Andrew T. Miltenberg, who represents accused students who have filed lawsuits against Columbia, Vassar College, and Drew University, said he believes many administrators are "caving into pressure" from on- and off-campus advocates who have called for harsher punishments in such cases.

"Sexual assault, rape, non-consensual sexual activity is absolutely a considerable issue," Miltenberg said. "However . . . there is a presumption of guilt put upon the accused, and there is a critically flawed process by which the investigations are handled and by which the hearing panel or disciplinary panel ultimately decides the issue on."

## More coverage:

- **Harvard professors urge school to rethink sexual harassment policy**
- **Opinion: Harvard's sexual assault policy highlights the need for clarity**
- **White House campaign to combat sexual assault comes to Mass.**
- **State to review campus policies on sex assaults**

- **List of Massachusetts colleges facing sexual assault probe**
- **6/27: Students fight sexual assault accusations**
- **2/3: Sex assault reports up at Boston-area campuses**

*Matt Rocheleau can be reached at* <u>matthew.rocheleau</u>
<u>@globe.com</u>. *Follow him on Twitter* <u>@mrochele</u>.

SHOW 26 COMMENTS

© 2015 BOSTON GLOBE MEDIA PARTNERS, LLC

# EXHIBIT G

Ad

**Education**

# Behind a sexual misconduct case at Brandeis University: questions on all sides



Advertisement

**By Nick Anderson** August 20 ✉  Follow @wpnick

They dated for most of their first two years at Brandeis University, a relationship that began as one of the gay students was coming out. They broke up last summer. Six months later, one accused the other of sexual misconduct.

*(Related: Men punished in sexual misconduct cases on colleges campuses are fighting back)*

There was no police report and no criminal charge. But Brandeis paid an outside lawyer to delve into these and other questions, according to an internal document obtained by The Washington Post:

Ad

●Did one student stare too much at the other in the bathroom?

●Did he engage in sexual contact with his then-boyfriend — kissing and more — while the boyfriend was asleep and therefore unable to consent?

●Did he stop when the boyfriend woke up and told him to stop?

The case at the well-regarded private university in Waltham, Mass., adds to the national debate about how universities respond to reports of campus sex assault and whether they are ensuring fair treatment for accusers and accused.

The outcome in this instance upset both sides. Brandeis found that the accused student had broken its rules against sexual misconduct and invasion of personal privacy. It gave him a disciplinary warning and ordered him to complete an educational program in sex assault prevention.

Both students are now rising seniors at a university with about 5,800 students as of last fall, most of them undergraduates. The accuser — call him Student A — posted a document summarizing the conclusion of the case on his Facebook page and was identified in June in some published reports.

The other — Student B — does not want to be identified and still hopes to clear his record. Student B, however, provided The Washington Post with several documents in

**The Most** Popular

All Over

THE ATLANTIC

How Stephen King Teaches Writing

HONOLULU STAR-ADVERTISER

Large fight sends 4 people to hospital, man critically injured

PRI

A ship full of Kurdish oil remains trapped at sea off...

the case file. He also signed a waiver giving up his federal privacy rights if Brandeis chose to comment on the case.

Student A spoke with The Post but did not sign a privacy-rights waiver.

Ad

## Nordstrom Rack Is Here 

nordstromrack.com

Designer Handbags at up to 70% off New Arrivals Every Week. Shop Now!

Brandeis declined to comment on the case, citing federal privacy law.

**To Student A,** the case was all about campus safety. In retrospect, he viewed their relationship as "pretty abusive" and said he realized months after breaking up that he wanted to file a report.

"It took a while for me to come to terms with all that had happened and all that he had done," he said. "It was not just one assault. There were multiple instances." For instance, he said, he sometimes was awoken by aggressive and unwanted sexual activity when he and Student B were sharing a bed. He said Student B would not stop when asked. He also accused Student B of forcing them to engage in oral sex, touching him sexually without consent and not giving him personal space in the bathroom.

Student A said he considered going to the police but decided not to because he believed that the odds would be stacked against him in a criminal case. He said he believed that lodging an internal complaint at the school would accomplish his objective: "I wanted to stop him

from doing anything else to other people at Brandeis.

**To Student B,** the case was a wholly unwarranted review of mundane events in a long-term relationship that he recalled as "healthy and loving and everything." But the relationship, which began in October 2011, the fall of their freshman year, had run its course by summer 2013. They had broken up that July and, he said, maintained cordial contact for months after that. Then, in January, he was told that a misconduct complaint had been filed against him.

It left him in shock. His life on campus, which he described as busy and active, was interrupted by an emergency suspension, which was subsequently lifted. It took weeks, he said, to learn what the specific charges were. Then he was interviewed by an attorney who had been named as a "special examiner." The attorney grilled him repeatedly on his recollection of various incidents that Student A had described. Student B denied wrongdoing in all cases.

For example, he said that he sometimes would kiss his then-boyfriend in bed while the boyfriend was still asleep. He said he was bewildered that this could be somehow construed as wrongly taking advantage of someone's incapacitation. "Why someone would be found responsible for nonconsensual behavior for a kiss from a boyfriend in the morning was beyond me," he said. He was equally incredulous when questions were raised about whether he had violated the boyfriend's bathroom privacy.

**To Brandeis,** the case is part of a series of issues that it has had to address related to sexual violence reports,

campus safety and compliance with the federal anti-
discrimination law known as Title IX. But this is now
standard practice among universities.

University spokeswoman Ellen de Graffenreid said that
Andrew Flagel, the senior vice president for students and
enrollment at Brandeis, recently estimated that he spent a
third or more of his time on such issues during the past
academic year. In 2013, she said, five students were found
to have violated the university's sexual conduct rules. Two
were expelled, two suspended and one placed on
probation and enrolled in an educational program.

Advertisement

This year, she said, one case related to those rules has
been completed as of August. (That is the one involving
Student A and Student B.) Three others were in progress.

The spokeswoman said that, in general, the university
believes it has imposed "reasonable" sanctions in cases
that have arisen, with punishment tailored to the gravity
of offenses.

Sexual misconduct, she said, "cannot and will not be
tolerated at Brandeis."

**In the end,** Student A and Student B departed from the
process disillusioned.

Student A said he is outraged that the university did not
expel his ex-boyfriend. "I feel like they think, 'He's a gay
man. He's not going to hurt anybody,'" he said. "It'd be a
very different case if, say, I were a female complainant."

Student B said he is incensed that his life was turned

upside down with what he believes was flagrant disregard for his due-process rights. And he worries about how the sanctions might affect his future. "It should not be on my record," he said. "I didn't do anything that was even remotely close to what I was found responsible for."

---

A former Post education editor, Nick writes about college from the perspective of a father of three who will soon be buried in tuition bills.

---

Ad

# EXHIBIT H

Ad

**Education**

# Men punished in sexual misconduct cases on colleges campuses are fighting back



437

**By Nick Anderson** August 20   Follow @wpnick

Men punished for sexual misconduct in the wave of cases sweeping college campuses are fighting back against what they call unfair student disciplinary systems and publicity that threatens to shatter their reputations.

The current and former college students describe themselves as victims of false accusations amid a national campaign — led by the White House — to stamp out sexual violence on campuses. While the federal push to increase awareness of sexual assault is aimed at keeping students safe and holding the nation's colleges and universities accountable, some of the accused say the pressure on their schools has led to an unfair tipping of the scales against them.

Advertisement

*(Related: Behind a sexual misconduct case at Brandeis University: questions on all sides)*

They fiercely dispute the validity of internal investigations that rely on a lower standard of proof for determining misconduct than what is required for a conviction of a sex crime. They also contest accounts circulating on campuses and the Internet that label them as sexual assailants or rapists.

Joshua Strange, 23, of Spartanburg, S.C., said he was stunned that Auburn University expelled him in 2012 for sexual misconduct even though an Alabama grand jury found insufficient evidence to prosecute him for a sex crime. The internal disciplinary proceeding began, he said, after an ex-girlfriend falsely accused him of sex assault.

A bipartisan group of senators announced the introduction of the Campus Safety and Accountability Act, designed to curb sexual assaults on college campuses and increase accountability and transparency.

"The way that universities are handling the entire situation is terrible," Strange said. "It's kind of a broken system."

**The Most** Popular

All Over

SLATE

Here are the Most Affluent Towns in Every State

THE DENVER POST

Von Miller's sluggish Game 1 fuels fire

TIME

Oscar Pistorius: How the Verdict Will be Delivered

Strange, who graduated this year from the University of South Carolina Upstate, said he is speaking out in the hope of preventing future injustice.

"I want to make sure this doesn't happen to anyone else," he said.

An Auburn spokesman declined to comment on Strange's case, citing privacy laws. Bobby Woodard, Auburn's associate provost and vice president for student affairs, said federal requirements from the U.S. Department of Education mandate that all public universities follow a process that differs from the judicial and law enforcement systems in many ways.

"Those requirements are very clear and come with severe penalties for noncompliance," Woodard said. "We at Auburn take these requirements very seriously, and that is reflected in our Code of Student Discipline."

A student at Brandeis University in Massachusetts, who was found responsible this year for sexual misconduct after an internal investigation he called biased, said: "I wasn't given a fair trial or anything. It's sad that this process can be abused and that the university can totally change somebody's life, with very little evidence. … In the real world, rape and sexual assault are crimes punishable by going to jail — and rightfully so. Why is this left up to schools?"

Debate over campus sex assault has exploded as college students and officials nationwide confront questions about what constitutes consent for sex and what behavior

fuels a culture that tolerates or trivializes rape. The issues play out in an arena of young people living on their own for the first time and learning to make choices when alcohol and drugs are often in the mix. When details of disputed sexual encounters are injected into that debate, especially those that identify the accused, the situation intensifies. Individual reputations can be torched.

National attention has focused mainly on accounts of students who have stepped forward in growing numbers to report sexual violence, most of them women. From 2009 to 2012, federal data show reports of forcible sex offenses on campuses rose from about 2,600 to more than 3,900, up 50 percent. The victims often say that campus judicial processes are skewed in favor of the accused, allowing sex crimes to be hidden, victims' voices silenced and campus reputations protected.

Often, those who file reports are seeking not to press criminal charges, but simply to push schools to enforce rules that guarantee an educational environment free from threat and intimidation. The federal government, citing a 1972 law called Title IX that bans gender discrimination, requires schools to resolve these reports promptly and equitably regardless of whether police become involved.

In June, attorneys for a former Brown University student wrote the federal government to rebut "unsupported allegations of strangulation and violent rape" that they said had "forever tarnished" the name of their 21-year-old

client. The man, who had been suspended for a year after the university found him responsible for sexual misconduct in connection with a 2013 encounter with a female student, was not charged with a crime. But he was identified in April in a student newspaper article about the controversy over whether his punishment was too lenient.

Soon afterward, Sen. Kirsten Gillibrand (D-N.Y.) weighed in on a cable television program, saying the woman in the case had been "brutally raped" and "nearly choked to death." The man's attorneys say he denies any violent behavior or sexual misconduct toward the woman. He ultimately withdrew from the Ivy League university in Rhode Island.

Under President Obama, the issue has drawn increased scrutiny. This year, Obama named a White House task force to study how to combat campus sex assault. His administration published a list of dozens of colleges under federal investigation for potentially mishandling sexual violence reports in violation of Title IX. The number listed, 55 on May 1, has grown to 76 as of Wednesday. The administration also told schools in 2011 that they should rely on a standard known as "preponderance of the evidence" to decide their sexual violence cases.

Advertisement

For a student to be found in violation of school rules under that standard, which is regularly used in civil litigation, the school essentially must determine that it is more likely than not that wrongdoing occurred.

Previously, some schools had used a more demanding threshold of "clear and convincing evidence." In criminal trials, the burden of proof for a guilty verdict is even higher — "beyond a reasonable doubt."

Which leads both sides to the same question: Are college investigations fair to accusers and accused?

Some lawmakers say survivors of sex assault too often face institutions that are indifferent or even hostile to their plight. They cite schools that report no sex offenses in a given year, an improbable statistic, they say, given studies showing that the issue touches huge numbers of undergraduate women.

Sen. Claire McCaskill (D-Mo.) is teaming with Gillibrand and others on a bipartisan bill that would require colleges to provide more support for students who report sex offenses.

McCaskill, a former prosecutor, said she wants as many cases as possible to be handled in criminal courts. The bill would require schools to coordinate with law enforcement agencies in solving sex crimes. But she said it is important to remember that college disciplinary inquiries do not put accused students in jeopardy of going to jail.

"I don't think we are anywhere near a tipping point where the people accused of this are somehow being treated unfairly," McCaskill said.

Many who have faced disciplinary sanctions disagree. They question the fairness of closed-door, internal

proceedings that don't follow the same rules of evidence and procedure as criminal courts. Usually, accused students must speak for themselves, with little or no help from an attorney. Some are filing lawsuits against schools.

Advertisement

Charles B. Wayne, a Washington attorney for a plaintiff in such a case in a 2011 trial in federal court involving Sewanee: The University of the South in Tennessee, said colleges are not equipped to adjudicate sex assault allegations.

"The people involved in the process are not properly trained and don't have the necessary expertise," Wayne said. "In addition, the assumption that a 19-year-old can defend himself without counsel against rape charges is absurd."

In June, debate flared over resolution of the Brandeis case, which involved two male students. One accused the other of various nonconsensual sexual acts during a relationship of nearly two years. The student found responsible for sexual misconduct and other offenses received a disciplinary warning and was ordered to complete an educational program on sex assault prevention. He was not charged with a crime.

His ex-boyfriend called the sanctions "laughable and ridiculous." He posted on Facebook a May 30 university letter reporting the case's outcome, arguing that the university was protecting an attacker.

"With this letter, they are telling our campus community:

'Go ahead, rape somebody," he wrote. "Sexually harass them. Physically harm them. Ruin their life. We'll give you a freebie.'"

The disciplined student denied any wrongdoing and said he worries that the episode could hurt his career prospects. He disputed the university's investigation, which he said sought to weigh the credibility of differing accounts from the two men of situations that had no eyewitnesses.

Advertisement

Brandeis said privacy rules barred comment on the case. University spokeswoman Ellen de Graffenreid said Brandeis follows federal law and goes to great lengths to determine appropriate sanctions for misconduct. "This is a tremendous challenge, and unlikely to ever satisfy either participant unless the finding is either exoneration or expulsion," she said in a written statement.

Many students and graduates — mostly women, some men — have come forward recently to provide public accounts as survivors of sexual violence. These advocates for victim rights have become influential on Capitol Hill and at the White House.

In July, three mothers announced an organization that will stand for due process in sexual misconduct cases on college campuses. Among the founders of Families Advocating for Campus Equality is Allison Strange, mother of the former Auburn student accused of misconduct, and Sherry Warner-Seefeld, mother of a man

kicked out of the University of North Dakota in 2010 after what he called a false allegation of sex assault. The man was never charged with a crime. A year later, the university reversed its sanctions against him after an appeal pointed out that authorities had issued a warrant for the arrest of his accuser on suspicion of making a false report to police.

"We hope to reach out to people in positions of power to get their ear, to have them hear our stories, to convince them there is another aspect to the situation that needs to be considered," Warner-Seefeld said.

A former Post education editor, Nick writes about college from the perspective of a father of three who will soon be buried in tuition bills.

# EXHIBIT I



Sign Up

Email or Phone    Password

Log In

Keep me logged in    Forgot your password?

English (US) · Privacy · Terms · Cookies · Advertising · More

Facebook © 2015



**The Justice**
September 4, 2014 · Edited ·

BREAKING: Brandeis is now under investigation for potential Title IX violations after an accused student filed a complaint to the Department of Education's Office of Civil Rights, saying that his case had been mishandled.

### Department of Education investigates Brandeis for potential Title IX violation

This week, Brandeis was added to a list of over 75 colleges and universities that are currently under federal investigation by the Department of Education's Office of Civil Rights for potential violations of Title IX rights.

THEJUSTICE.ORG

Like · Comment · Share

**REDACTED** and 9 others like this.

2 shares

**REDACTED** Yet another instance of incredibly poor and biased journalism from The Justice. I did not comment on the last two articles because I was trying to deal with my qualms internally, between myself and The Justice. However, The Justice unfairly allowed my attacker to remain anonymous, while still thinking it perfectly alright to publish my name. The Justice unfairly represented the absurd and radical views and claims of my attacker, without asking me for a response. When faced with a dissonance of accounts between myself and my attacker, they chose to publish my attacker's account as the truth because it was "safer" for them to do. When my attacker feeds them false information as he pleases in attempts to discredit me, they publish his words without question. When did it become okay for a newspaper to do this? When did it become okay for students at Brandeis to do this? When did it become okay for people to side with sexual assailants because they think it's "safer?"

September 4, 2014 at 8:42am ·    12

# EXHIBIT J



REDACTED

September 8, 2014 · Edited · ☀

To Brandeis (and particularly the recently resurfaced
quote from President Lawrence in an article from The
Hoot), this is my response. By too many students and
staff on this campus, sexual violence is not seen as a
serious problem, and survivors are constantly shamed.
I repeat, constantly. What's more, is this shame is often
suffered in silence, and those doing the shaming are
largely not brought to task. My reply to this has been to
create a physical manifestation of a fraction of the cruel
verbiage I have personally experienced. Scrawled
across this poster board are just a handful of quotes
from university administrators, friends, and peers, who
have (either knowingly or unknowingly) perpetuated my
suffering. Since many of them do not realize the venom
in what they are saying, I am holding up this mirror in
hopes that society sees and internalizes the incredibly
ugly words and views it throws at survivors of sexual
assault. My goal is to wear this poster board around
campus, every single day (minus when I'm going to
work), until I graduate in May. Expelling my attacker will
not solve the much greater problems Brandeis faces. It
will not make things any better for the countless other
survivors who have bravely confided in me. So, this is
my challenge to the Brandeis community to do better -
or, better put, to be a little less horrible. My challenge to
treat each other with respect and kindness, and to
enact the values of social justice that this place was
purportedly founded upon. I greatly appreciate any
sharing or support more than you could ever know.
We'll see how it goes.

# EXHIBIT K





LISTEN LIVE      **NOW PLAYING**
BBC Newshour



**WBUR** NEWS                                                    September 26, 2014

 Brandeis Case Reveals
Complexity Of Disciplining
Students For Sexual Assault

LISTEN                          0:00 / 8:36                          DONATE



*Brandeis University, seen here in a 2010 file photo, is one of dozens of schools under investigation for its handling of a sexual assault case. (Josh Reynolds/AP)*

*By* FRED THYS

WALTHAM, MASS. This week, Brandeis University posted its new policy on sexual misconduct. The change comes amid a federal investigation of how Brandeis handled a contentious sexual assault case. The investigation reveals how hard it is for universities to handle claims of sexual violence.

Seventy-nine U.S. colleges and universities are currently being investigated under Title IX for violations of students' civil rights in sexual assault cases.

The Brandeis case has complexities not normally found in such cases: For one, the complaint was filed by the student accused of sexual misconduct.



*A group of Brandeis students demonstrated earlier this month on campus to raise awareness about sexual assault. (Fred Thys/WBUR)*

The student was accused in January. Dean Gendron, Brandeis' director of student rights and community standards, received a complaint from a junior that he had been sexually assaulted by his ex-boyfriend. It was an unusual case for the university, in that it involved two men in a relationship.

At Brandeis, an outside attorney conducts investigations of sexual assault.

"The special examiners … are generally individuals with pretty deep experience in conducting these investigations and

examinations, and they come in and
actually conduct the process of
investigating the reported sexual
assault and then make a
recommendation," said Andrew Flagel,
senior vice president for students and
enrollment.

Flagel and other officials at Brandeis could not comment on this or
any individual case.

Brandeis chose attorney Elizabeth Sanghavi, formerly with the Office
of Civil Rights at the U.S. Department of Education, to investigate
this case.

WBUR does not reveal the names of victims of sexual assault
without their consent. In this case, the student who says he was the
victim did agree to be identified. But because the student he accused
has not been charged with a crime, we decided to withhold the
names of both men. So we'll call the student who first filed a
complaint with Brandeis the "junior," and we'll call the man he
accused the "ex-boyfriend."

The junior said Sanghavi conducted many interviews with him, each
lasting anywhere from 40 minutes to two hours. He said Sanghavi
did not record any of the interviews, but took extensive notes.
According to a dean's summary of Sanghavi's findings, she
interviewed eight witnesses besides the junior and his former
boyfriend. The junior was impressed with her.

"I thought she was very professional, very sensitive and also very
thorough," the junior said. "The thoroughness at times was
excruciatingly painful, because excruciatingly painful detail we had to
go into."

Following federal guidelines, the examiner used the same standard used in civil lawsuits to find whether any wrongdoing had occurred. That standard is "preponderance of evidence," meaning it's more likely than not that the wrongdoing occurred. And she found that the ex-boyfriend caused physical harm, committed sexual misconduct and acted without consent.

Brandeis allows students to appeal, and in his written appeal, the ex-boyfriend argued that Sanghavi had viewed events "in isolation rather than over the course of a relationship." For example, he said she did not consider that the junior "had invited sexual advances."

Normally, the dean of students decides what sanctions to impose after a finding. But because that dean had many contacts with the ex-boyfriend, a dean who did not know either man was appointed to the case. She was new to Brandeis. She had come from Harvard, where, as a resident dean, she had served on the board that handles sexual misconduct.

Based on the findings of the special examiner, the ex-boyfriend was issued a disciplinary warning. (Such a warning does not go on his transcript, though most law schools and medical schools do ask Brandeis for information about students' conduct.) He was also ordered to complete a program on sexual assault prevention.

Universities are charged by federal law with protecting students from sexual assault. Flagel, the Brandeis senior vice president, told the junior in an email that "at no point was there a finding that [his ex-boyfriend] was a danger" to other Brandeis students.

"One of the reasons they may not see him as a danger is because he's a gay man, and they might not think a gay guy is a danger to anybody," the junior

MOST POPULAR

said. "None of them have said that to me, but it's kind of the feeling I get."

One study shows gay students are actually more likely to be victims of sexual assault than heterosexual students.

"We found that the prevalence of sexual assault among students who were gay or bisexual or lesbian was roughly twice that of those who reported that they were heterosexual," said Emily Rothman, who teaches courses on preventing sexual violence and preventing violence between intimate partners at Boston University, and who studied first-year students at a Boston-area college in 2001.

In the fall of 2013, the American College Health Association National College Health Assessment (which Brandeis shared with WBUR) found 1.2 percent of men at Brandeis reported being raped, slightly more than the national average of 0.7 percent.

And 2.8 percent of all Brandeis students reported being in a sexually abusive relationship — again, slightly more than the national average of 1.7 percent.

Now, the federal government is investigating the ex-boyfriend's claim that he was the victim of sexual violence by the junior, and the university did not investigate his claims.

The ex-boyfriend said Brandeis also discriminated against him in several ways as he responded to claims he had sexually assaulted the junior, including not giving him an opportunity to meet with

Ringing In Your Ears? Finally, Researchers Finding New Clues About Tinnitus

After Cluster Of Suicides, MIT Works To Relieve Student Pressure, Raise Awareness

Dear Sugar: I'm Sleeping With Younger Men

From Astrolabe To GPS: Mapping Our Lives Now

College Graduates With The Best And Worst Pay, By Major

university officials before the school brought formal charges against him.

The ex-boyfriend said Brandeis allowed the junior to have an attorney present at one meeting, but he was never allowed to have his own attorney present.

Among other things, Brandeis' new policy on sexual misconduct now specifically states that the accuser and the accused must have the opportunity to have others present for any and all proceedings.

Sexual assault is taking up increasing attention of university administrators across the country.

"The wider issue of sexual assault prevention and services is probably occupying somewhere between 25 and 30 percent of my time," Brandeis' Flagel said.

In response to the federal investigation, Brandeis issued a statement. It begins by saying: "We have an utmost commitment to ensuring the safety of our students."

Brandeis President Fred Lawrence recently reiterated that commitment when confronted with student protesters at an event in front of the university's Rose Art Museum. Hundreds of people were waiting in front of the museum for the lighting of a sculpture called "Light Of Reason." The students filed out to one side of the ceremony, many with mouths taped, some carrying signs such as "There is no reason in sexual assault." Lawrence approached them and told them he did not want them to feel that sexual assault is not a concern at Brandeis. He told them Brandeis has put a lot of effort into addressing the problem, and promised to put more effort into it. Lawrence thanked the students for being there.

Over the past two years, nine Brandeis students have been accused of violating the university's rules on what it calls "sexual

responsibility." In the six concluded cases, two students were expelled, two were suspended, one was placed on probation and, in one case — the case of the junior and his ex-boyfriend — the student was given a warning.

Brandeis is already implementing what are seen by experts, researchers and administrators as some of the best practices in the prevention of sexual assault. It has a sexual assault prevention director and this fall it plans to open a rape crisis center. It trains its faculty and students to intervene to prevent sexual assault.

But, as the case of the junior and his ex-boyfriend illustrates, it's very hard for universities to get this issue right and satisfy both the accuser and accused that justice is being served.

- Earlier: Brandeis President Addresses Federal Investigation Into Handling Of Assaults



Comments for this thread are now closed.                    ✕

**0 Comments**     **WBUR**                    🔴 **Login** ⌄

♥Recommend    ⬆Share                            Sort by Newest ⌄

This discussion has been closed.

**ALSO ON WBUR**                                  **WHAT'S THIS?**

**What's In A Name? Band Founder Fights Government …**

1 comment•4 days ago

 **Mokita Syzygy** — OK, here's what they do... They register the name Silant. Then they …

**Two Guys In Paris Aim To Charm The World Into …**

1 comment•a day ago

 **Neil Blanchard** — More power to them! We need to have a better response to the …

**NFL Suspends Tom Brady For 4 Games Over Deflated …**

4 comments•16 hours ago

 **Rastadude1** — Brady knew what was going on...he,s no dummy or is he.

**Ex-Brandeis Student Accused Of Sexual Misconduct Sues …**

2 comments•a day ago

 **Suicidal_JD** — Law school ruined my life! I don't have a job and I have student loan debt …

✉Subscribe    ⅅAdd Disqus to your site    ⅅPrivacy

Programming          Keep In Touch

Listen Online        E-mail alerts

On-Air schedule      WBUR on YouTube

On Point             WBUR on Google+

Here & Now           RSS

Only A Game

Radio Boston         Community

Car Talk

**WBUR Blogs & Sites**

Cognoscenti

WBUR's CommonHealth

The ARTery

WBUR's The Wild Life

Upcoming WBUR
Events

Arts calendar

Volunteer

**WBUR Apps**

Apple/iOS

Android

**Twitter**

@WBUR

@RadioBoston

@OnPointRadio

@HereAndNow

@OnlyAGameNPR

**Facebook**

WBUR

Radio Boston

On Point

Here & Now

Only A Game

**Support WBUR**

Donate

Member benefits

Murrow Society

Underwrite WBUR

**Inside WBUR**

Blog

Meet the staff

Contact us

Directions

Jobs

Privacy policy

Volunteer Opportunities

This site is best viewed with: Firefox · Internet Explorer 11 · Chrome

Reporting copyright infringement

# EXHIBIT L

Session Timeout Warning
Do you want to continue using this site?
If you do not respond, you will be automatically logged off in 60 seconds.

Yes   No

Skip to main content

Back to Active Applications List



| Application Home | Instructions | Application Questions | Attachments | Forms |
| --- | --- | --- | --- | --- |

## 8. Character and Fitness

\* Indicates a required field.

All applicants are required by the American Bar Association to be advised that there are character, fitness, and other qualifications for admission to the bar. UCLA School of Law encourages all applicants to determine what those requirements are in the state(s) he or she intends to practice, prior to matriculation, as bar admission requirements do vary. If you have questions, you may wish to contact the state bar association in the state(s) in which you wish to seek bar admission.

An affirmative answer to any of the following questions will not necessarily preclude or prejudice your admission to the UCLA School of Law.

\* 1. Are there any misdemeanor, felony, or other criminal charges pending against you?

NOTE: You must promptly inform the Admissions Office in writing if any misdemeanor, felony, or other criminal charges are brought against you between your submission of this application and your registration at UCLA School of Law. In addition, should you enroll at UCLA School of Law, you must promptly inform the Dean of Students in writing if any misdemeanor, felony, or other criminal charges are brought against you during your time as a student through graduation.

○ Yes
◉ No

\* 2. Have you ever been convicted of a misdemeanor or felony (or the equivalent in a juvenile court)? This includes sealed convictions and all convictions where you entered a plea of guilty or *nolo contendere*. You need not report traffic violations unless conviction for the violation(s) would constitute a misdemeanor or a felony.

NOTE: You must promptly inform the Admissions Office in writing if any such conviction occurs between your submission of this application and your registration at UCLA School of Law. In addition, should you enroll at UCLA School of Law, you must promptly inform the Dean of Students in writing if any conviction occurs during your time as a student through graduation.

○ Yes
○ No

\* 3. Have you ever been subject to a warning, dismissal, suspension, probation, or other disciplinary or academic sanction by any college, university, professional school, or professional association?

NOTE: You must promptly inform the Admissions Office in writing if any such warning, dismissal, suspension, probation, or other disciplinary or academic sanction occurs between your submission of this application and your registration at UCLA School of Law. In addition, should you enroll at UCLA School of Law, you must promptly inform the Dean of Students in writing if any such warning, dismissal, suspension, probation, or other disciplinary or academic sanction occurs during your time as a student through graduation.

◉ Yes
○ No

\* 3a. If yes, please explain: (maximum characters 500)

*500 characters left*

\* 4. Has your college, university, or professional school attendance been interrupted for one or more terms for any reason?

◉ Yes
○ No

✱ 4a. If yes, please explain: (maximum characters 500)

**500** *characters left*

5. If you have previously applied to UCLA School of Law, indicate the most recent month and year:

month    yyyy
[Select Month ▾]  [        ]

6. If you have previously been admitted to UCLA School of Law, indicate the most recent month and year:

month    yyyy
[Select Month ▾]  [        ]

7. If you have previously registered at UCLA School of Law, indicate the most recent month and year:

month    yyyy
[Select Month ▾]  [        ]

[Cancel]  [**Save**]

Legal Notice | Contact Us

All contents © 2015 Law School Admission Council, Inc.
All rights reserved.

# EXHIBIT M

Session Timeout Warning
Do you want to continue using this site?
If you do not respond, you will be automatically logged off in 60 seconds.

Yes No

Skip to main content

Back to Active Applications List



| Application Home | Instructions | Application Questions | Attachments |

## 6. Conduct Information

∗ Indicates a required field.

If you answer "yes" to any of the following questions, you are **required** to submit a separate explanatory statement via the Attachments section of the electronic application.

∗ 1. Have you ever been dropped, suspended, warned, placed on academic or disciplinary probation, disciplined, expelled, or requested or advised to resign from any post-secondary school, college, university, professional school, or law school? (**If yes, you are required to submit a separate explanatory statement from the institution's dean or an authorized school official**, providing information about the incident. The dean's letter needs to be sent to us directly from the institution via postal mail, and not included in the application. No faxed or emailed copies will be accepted).

○ Yes
⊙ No

∗ 2. Have you ever been arrested or otherwise charged formally or informally with a violation of the law? (You should not provide information about any criminal proceeding which you believe to have been sealed or expunged. Additionally, traffic citations do not need to be disclosed). If yes, you are required to submit an addendum, via the Attachments section, summarizing the facts and the conclusions of the court and the final disposition. Merely citing the penal code section is not sufficient.

○ Yes
⊙ No

∗ 3. Are any charges pending against you?
○ Yes
⊙ No

Cancel   Save

Legal Notice | Contact Us

All contents © 2015 Law School Admission Council, Inc.
All rights reserved.

Conduct Information

# EXHIBIT N

Session Timeout Warning
Do you want to continue using this site?
If you do not respond, you will be automatically logged off in 60 seconds.

Yes No

Skip to main content

Back to Active Applications List



**Stanford Law School**

| Application Home | Instructions | Application Questions | Attachments |

## 11. Character & Fitness

✱ Indicates a required field.

*If your answer to any of these questions below is "Yes," please attach an explanatory statement with your electronic application.  Prior to matriculation, you will be required to submit documentation from each school attended attesting to your good standing.

✱ 1. Have you ever, at any college, university, graduate or professional school, been in other than good standing because of academic deficiencies, been sanctioned for misconduct, or been the subject of disciplinary proceedings?
○ Yes
○ No

✱ 2. Have you ever been convicted of, or is any charge now pending against you for any crime other than a traffic violation?
○ Yes
○ No

✱ 3. Have you ever been subject to discipline by a professional organization?
○ Yes
○ No

✱ 4. Have you ever left a law school under less than good standing?
○ Yes
○ No

Cancel　Save

Legal Notice | Contact Us

All contents © 2015 Law School Admission Council, Inc.
All rights reserved.

Session Timeout Warning
Do you want to continue using this site?
If you do not respond, you will be automatically logged off in 60 seconds.

Yes   No

Skip to main content

Back to Active Applications List

# Stanford Law School

| Application Home | Instructions | Application Questions | Attachments |
| --- | --- | --- | --- |

## Character & Fitness

This section is optional.

*If you answered  "Yes" to any Character and Fitness questions, please attach an explanatory statement with your application.

Supported file formats: DOC, HTM, HTML, TXT, WP, WPD, RTF, WPS, WPT, DOCX

**Step one**
○ choose an existing file
○ upload a new file

Step two
Describe the file

Step three

Attach file

Attach

Cancel

Legal Notice | Contact Us

All contents © 2015 Law School Admission Council, Inc.
All rights reserved.

# EXHIBIT O

Session Timeout Warning
Do you want to continue using this site?
If you do not respond, you will be automatically logged off in 60 seconds.
Yes No
Skip to main content

Back to Active Applications List



| Application Home | Instructions | Application Questions | Attachments | Forms |
| --- | --- | --- | --- | --- |

# 11. Character and Fitness

✳ Indicates a required field.

PLEASE ANSWER ALL QUESTIONS.

If you answer "yes" to any of the questions below, you must provide details in the space provided.

✳ 1. At any educational institution, have you ever been found responsible for behavioral misconduct that resulted in anything more than a verbal reprimand or are any charges pending?

  ◉ Yes
  ○ No

✳ 2. At any educational institution, have you ever been found responsible for academic misconduct or are any charges pending?

  ○ Yes
  ○ No

✳ 3. In a professional setting, have you been subject to disciplinary sanctions, or are any charges pending?

  ○ Yes
  ○ No

✳ 4. Have you ever been convicted of, or pled guilty or no contest to, any felony or misdemeanor, other than:

- an arrest or other detention that did not result in a conviction, or in which a conviction was vacated;
- a first conviction for any of the following misdemeanors: drunkenness, simple assault, speeding, minor traffic violations, affray or disturbance of the peace; or
- any misdemeanor conviction that occurred more than five years before your application for admission, unless you were also sentenced to imprisonment, or were convicted of any additional offense within the five year period.

Note that you are not required to answer "yes" to this question, or provide an explanation, if the criminal adjudication or conviction has been expunged, sealed, annulled, pardoned, destroyed, erased, impounded, or otherwise ordered by a court to be kept confidential.

  ○ Yes
  ○ No

✳ 5. If you answered yes to any of the above questions, please expain here. (maximum characters 500)

**500** characters left

Cancel Save

All contents © 2015 Law School Admission Council, Inc.
All rights reserved.

# EXHIBIT P

Session Timeout Warning
Do you want to continue using this site?
If you do not respond, you will be automatically logged off in 60 seconds.

Yes   No

Skip to main content

Back to Active Applications List



**Boston University** School of Law

| Application Home | Instructions | **Application Questions** | Attachments |

## 8. Character and Fitness I

✱ Indicates a required field.

Answer the following questions "yes" or "no" (use "no" if not applicable). If your answer is "yes," provide an explanation of the circumstances surrounding the event in the space provided.

✱ 1. Has there ever been an interruption of one or more terms in your education for any reason?

○ Yes
○ No

2. If Yes, please provide a detailed explanation. (maximum characters 1500)

*1500* characters left

✱ 3. Have you ever been subject to disciplinary action or proceedings for academic misconduct, or subject to any action for academic insufficiency, at any college or university you have attended? * You should answer yes to this question even if no record of disciplinary action exists.

○ Yes
○ No

4. If Yes, please provide a detailed explanation. (maximum characters 2500)

[ text box ]

*2500 characters left*

✱ 5. Have you ever been subject to disciplinary action or proceedings for personal misconduct at any college or university you have attended? * You should answer yes to this question even if no record of disciplinary action exists.

○ Yes
○ No

6. If Yes, please provide a detailed explanation. (maximum characters 2500)

[ text box ]

*2500 characters left*

[Cancel] [Save]

All contents © 2015 Law School Admission Council, Inc.
All rights reserved.