UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 15-11557-MLW |
| v. | ) |
| | ) |
| BRANDEIS UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT BRANDEIS UNIVERSITY'S UNOPPOSED MOTION FOR
LEAVE TO FILE EXCESS PAGES IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(4), Defendant Brandeis University ("Brandeis") hereby moves for leave of Court to submit excess pages in support of its forthcoming Motion to Dismiss. As grounds therefore, Brandeis states the following:

1. On April 9, 2015, Plaintiff John Doe ("Doe") filed his Complaint in this matter;

2. Doe's Complaint is fifty-one (51) pages long and asserts ten (10) separate counts, one of which contains nine (9) sub-components;

3. Brandeis intends to file a Motion to Dismiss the Complaint in its entirety;

4. Brandeis requires additional pages, above the twenty (20) allotted under the Local Rules, in order to fully support its Motion to Dismiss; and

5. Doe does not oppose this motion.

WHEREFORE, Brandeis respectfully requests that the Court grant it leave to file a memorandum of law, not to exceed 35 pages, in support of its Motion to Dismiss.

1

        Respectfully submitted,

        BRANDEIS UNIVERSITY,

        By its attorneys,

        /s/  Antonio Moriello
        Alan D. Rose (BBO #427280)
        Antonio Moriello (BBO #685928)
        Rose, Chinitz & Rose
        One Beacon Street, 23rd Floor
        Boston, Massachusetts  02108
        (617) 536-0040
        Fax: (617) 536-4400
        adr@rose-law.net
Date:  June 4, 2015        am@rose-law.net


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on June 4, 2015.

        /s/ Antonio Moriello


## CERTIFICATION PURUSANT TO LOCAL RULE 7.1

    Pursuant to Local Rule 7.1(a)(2), I hereby certify that on June 4, 2015, I consulted with counsel for John Doe, Patricia Hamill, Esq., regarding this motion.  Ms. Hamill indicated at that time that she does not oppose this motion.

        /s/ Antonio Moriello