UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-11557-MLW |
| v. ) | |
| ) | |
| BRANDEIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO IMPOUND EXHIBITS B-C TO THE AFFIDAVIT OF ANTONIO MORIELLO

Pursuant to Local Rule 7.2, Defendant Brandeis University ("Brandeis") hereby moves to impound Exhibits B-C to the Affidavit of Antonio Moriello in Support of Brandeis' Motion to Dismiss. As good cause therefore, Brandeis states the following:

1. On April 9, 2015, Plaintiff John Doe ("Doe") filed a Motion to Proceed Under a Pseudonym;

2. In his Motion, Doe requests that his accuser, "J.C.," also remain anonymous;

3. Brandeis has opposed Doe's Motion;

4. Doe's Motion remains pending before the Court;

5. Until such time as the Court rules on Doe's Motion, the parties seek to keep under seal all documents that identify Doe or J.C. by name;

6. The Family Educational Rights and Privacy Act ("FERPA") prohibits Brandeis from producing to third parties any education records belonging to J.C. or other Brandeis students, except in limited circumstances;

7. Brandeis intends to file a Motion to Dismiss Doe's Complaint;

8. Exhibits B-C to the forthcoming Affidavit of Antonio Moriello contain references to Doe and J.C., identify them and other Brandeis students by name, and/or constitute education records under FERPA; and

1

9. By assenting to this Motion, Doe does not waive his right to move to strike or otherwise object to Exhibits B and C.

WHEREFORE, Brandeis respectfully requests that the Court allow it to redact all references to Doe, J.C. and other Brandeis students in Exhibits B-C to the Affidavit of Antonio Moriello. Brandeis further requests that the Court allow these documents to remain redacted until further order of the Court.

>
> Respectfully submitted,
>
> BRANDEIS UNIVERSITY,
>
> By its attorneys,
>
> /s/ Antonio Moriello
> Alan D. Rose (BBO #427280)
> Antonio Moriello (BBO #685928)
> Rose, Chinitz & Rose
> One Beacon Street, 23rd Floor
> Boston, Massachusetts  02108
> (617) 536-0040
> Fax: (617) 536-4400
> adr@rose-law.net
> am@rose-law.net

Date:  June 9, 2015

### CERTIFICATION PURUSANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on June 9, 2015, I consulted with counsel for John Doe, Patricia Hamill, Esq., regarding this motion. Ms. Hamill indicated at that time that she assents to this motion subject to paragraph 9 above.

/s/ Antonio Moriello

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on June 9, 2015.

/s/ Antonio Moriello