UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>　　　Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 15-11557-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF ANTONIO MORIELLO IN SUPPORT OF
DEFENDANT BRANDEIS UNIVERSITY'S MOTION TO DISMISS**

I, Antonio Moriello, do hereby depose and state under oath as follows.

1. I represent Defendant Brandeis University ("Brandeis") in this matter. I make this affidavit to put before the Court certain documents relevant to Brandeis' Motion to Dismiss.

2. Attached as **Exhibit A** is a true and accurate copy of Brandeis' 2013-2014 Rights and Responsibilities handbook.

3. Attached as **Exhibit B** is a true and accurate copy of the Special Examiner's Report relating to the disciplinary proceedings between Plaintiff John Doe and his accuser, "J.C."

4. Attached as **Exhibit C** is a true and accurate copy of J.C.'s Community Standards Report.

5. Attached as **Exhibit D** is a true and accurate copy of the United States Department of Education Office for Civil Rights' Dear Colleague Letter, dated April 4, 2011.

　　　Signed under penalty of perjury this 9th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　/s/ Antonio Moriello
　　　　　　　　　　　　　　　　　　　　　　Antonio Moriello

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on June 9, 2015.

/s/ Antonio Moriello