# Brandeis University

Community Standards Report: Report an Incident or Concern
Submitted on January 14, 2014 at 11:41:45 am EST

Type: **Concerning or Threatening Behavior**
Urgency: **NORMAL**

Incident Date: 2011-09-18
Incident Time:
Incident Location: **Massell Quad - Shapiro Hall A&B**

**Reported by**

Name: J.C.
Title:
Email: J.C.@brandeis.edu
Phone: REDACTED
Address:

**Involved persons**

Doe ()
Alleged Violator of Policy          Male

**Incident description**

Starting in the month of September, 2011, the Alleged Violator of Policy had numerous inappropriate, nonconsensual sexual interactions with me. These interactions continued to occur until around May 2013.

**Additional Questions**

Do you wish to be contacted about campus or local resources (beyond the Conduct Process) that might be helpful to you? If yes
Yes

What section or sections of Rights and Responsibilities do you believe have been violated? (optional):


Would you be willing to enter into a Mediated Resolution Process (see Section 18 of Rights and Responsibilities)?
No

If not; what is your recommended sanction or outcome for the Student Conduct Process (see Section 21)?


Were Brandeis Police on-scene?
No

Select any of the following that apply:


Please list additional departments or names of staff members who were present:


Pending IR #00000859
Submitted from 129.64.210.230 and routed to Dean J. Gendron (Director of Student Rights and Community Standards)