UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOHN DOE,                    )
     Plaintiff,              )
          v.                 )    Civ. A. No. 15-11557-MLW
                             )
BRANDEIS UNIVERSITY,         )
     Defendant.              )
```

ORDER

WOLF, D.J.                                          June 12, 2015

I hereby RECUSE myself pursuant to 28 U.S.C. §455(a). This case is, therefore, hereby RETURNED to the Clerk to be randomly reassigned.

                                                            /s/ Mark L. Wolf
                                                            UNITED STATES DISTRICT COURT