UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |    |                                    |
|--------------------------|----|------------------------------------|
|                          | )  |                                    |
| JOHN DOE,                | )  |                                    |
|                          | )  |                                    |
|    Plaintiff, | )  |                                    |
|                          | )  | Civil Action No. 15-11557-FDS      |
| v.                       | )  |                                    |
|                          | )  |                                    |
| BRANDEIS UNIVERSITY,     | )  |                                    |
|                          | )  |                                    |
|    Defendant. | )  |                                    |
|                          | )  |                                    |

**DEFENDANT BRANDEIS UNIVERSITY'S UNOPPOSED
MOTION FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT
OF ITS MOTION TO DISMISS DOE'S AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b)(4), Defendant Brandeis University ("Brandeis") hereby

moves for leave of Court to submit excess pages in support of its forthcoming Motion to Dismiss

Doe's Amended Complaint.  As grounds therefore, Brandeis states the following:

1.  On June 23, 2015, Plaintiff John Doe ("Doe") filed an Amended Complaint in this
    matter;

2.  Doe's Amended Complaint is fifty-two (52) pages long and asserts nine (9) separate
    counts, one of which contains at least (8) sub-components;

3.  Brandeis intends to file a Motion to Dismiss the Amended Complaint in its entirety;

4.  Brandeis requires additional pages, above the twenty (20) allotted under the Local
    Rules, in order to fully support its Motion to Dismiss; and

5.  Doe does not oppose this motion.

WHEREFORE, Brandeis respectfully requests that the Court grant it leave to file a

memorandum of law, not to exceed 40 pages, in support of its Motion to Dismiss the Amended

Complaint.

1

Respectfully submitted,

BRANDEIS UNIVERSITY,

By its attorneys,


/s/  Antonio Moriello
Alan D. Rose (BBO #427280)
Antonio Moriello (BBO #685928)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, Massachusetts  02108
(617) 536-0040
Fax: (617) 536-4400
adr@rose-law.net
Date:  July 2, 2015                        am@rose-law.net


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on July 2, 2015.


/s/ Antonio Moriello


## CERTIFICATION PURUSANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on July 2, 2015, I consulted with counsel for John Doe, Patricia Hamill, Esq., regarding this motion.  Ms. Hamill indicated at that time that she does not oppose this motion.


/s/  Antonio Moriello