UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 15-11557-FDS |
| v. | ) | |
| | ) | |
| BRANDEIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT BRANDEIS UNIVERSITY'S ASSENTED-TO
MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO
RESPOND TO PLAINTIFF JOHN DOE'S AMENDED COMPLAINT**

Defendant Brandeis University ("Brandeis") hereby moves the Court to extend the deadline by which it must respond to Plaintiff John Doe's Amended Complaint to July 14, 2015. As grounds therefore, Brandeis states that its counsels' law offices were closed for the long holiday weekend, and Brandeis' counsel require additional time to file a responsive pleading. John Doe, through counsel, has assented to this motion.

WHEREFORE, Brandeis respectfully requests that the Court allow Brandeis to respond to Plaintiff John Doe's Amended Complaint on or before July 14, 2015.

Respectfully submitted,

BRANDEIS UNIVERSITY,

By its attorneys,

/s/ Antonio Moriello
Alan D. Rose (BBO #427280)
Antonio Moriello (BBO #685928)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor

1

                Boston, MA  02108
                (617) 536-0040
                Fax: (617) 536-4400
                adr@rose-law.net
                am@rose-law.net

Dated:  July 7, 2015

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on July 7, 2015.

                /s/ Antonio Moriello

## **CERTIFICATION PURUSANT TO LOCAL RULE 7.1**

  Pursuant to Local Rule 7.1(a)(2), I hereby certify that on July 6, 2015, lead counsel for Brandeis, Alan D. Rose, consulted with counsel for John Doe, Patricia Hamill, Esq., regarding this motion.  Ms. Hamill indicated at that time that she assents to this motion.

                /s/ Antonio Moriello