UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE, </br></br>    Plaintiff, </br></br> v. </br></br> BRANDEIS UNIVERSITY, </br></br>    Defendant. | Civil Action No. 15-11557-FDS |

### DEFENDANT BRANDEIS UNIVERSITY'S
### MOTION TO DISMISS DOE'S AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Brandeis University ("Brandeis") hereby moves to dismiss Plaintiff John Doe's ("Doe") Amended Complaint in this matter. In support of this motion, Brandeis relies upon: the accompanying Memorandum of Law; the Affidavit of Antonio Moriello, and the Exhibits thereto (Docket No. 21); and the Second Affidavit of Antonio Moriello, and the Exhibits thereto.

WHEREFORE, Brandeis respectfully requests that the Court grant its motion and dismiss Doe's Amended Complaint in its entirety.

Respectfully submitted,

BRANDEIS UNIVERSITY,

By its attorneys,

/s/ Antonio Moriello
Alan D. Rose (BBO #427280)
Antonio Moriello (BBO #685928)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, Massachusetts  02108
(617) 536-0040

Date:  July 14, 2015

Fax: (617) 536-4400
adr@rose-law.net
am@rose-law.net

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on July 14, 2015.

/s/ Antonio Moriello