UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 15-11557-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND AFFIDAVIT OF ANTONIO MORIELLO IN SUPPORT OF DEFENDANT BRANDEIS UNIVERSITY'S MOTION TO DISMISS DOE'S AMENDED COMPLAINT**

I, Antonio Moriello, do hereby depose and state under oath as follows.

1. I represent Defendant Brandeis University ("Brandeis") in this matter. I make this affidavit to put before the Court certain documents relevant to Brandeis' Motion to Dismiss Doe's Amended Complaint.

2. Attached as **Exhibit A** is a true and accurate copy of Ms. Boes' summary of the Special Examiner's findings.

3. Attached as **Exhibit B** is a true and accurate copy of the Department of Education Office for Civil Rights' April 22, 2015 letter.

4. Attached as **Exhibit C** is a true and accurate copy of Brandeis' Conflict of Interest Policy.

Signed under penalty of perjury this 14th day of July, 2015.

/s/ Antonio Moriello
Antonio Moriello

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on July 14, 2015.

      /s/ Antonio Moriello