

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE FOR CIVIL RIGHTS, REGION I**

5 POST OFFICE SQUARE, 8TH FLOOR
BOSTON, MASSACHUSETTS 02109-3921

APR 22 2015

President Frederick M. Lawrence
Brandeis University
Irving Enclave 113, MS 100
415 South Street
Waltham, Massachusetts 02453

Re: OCR Complaint No. 01-14-2198

Dear President Lawrence:

This letter is to notify you that the U.S. Department of Education, Office for Civil Rights (OCR) is administratively closing the above-referenced complaint filed against Brandeis University (University).

The Complainant alleged that the University did not respond promptly and effectively to a complaint of sexual assault filed against him by another student and that, as a result, he was wrongly disciplined. He further alleged that the University failed to equitably consider his counter-allegations of sexual assault and subjected him to a sexually hostile environment.

Section 110(b) of OCR's *Case Processing Manual* (CPM) provides as follows:

> OCR will close the complaint allegation(s) for the following reasons:
>
> (b) The same allegations have been filed by the complainant against the same recipient with state or federal court. An OCR complaint may be re-filed within 60 days following termination of the court proceeding if there has been no decision on the merits or settlement of the complaint allegations. (Dismissal with prejudice is considered a decision on the merits.) Where OCR has obtained sufficient evidence to support a finding (under CPM subsection 303(a) (insufficient evidence) or CPM subsection 303(b) (violation)) with regard to any allegation(s) or where any allegation(s) being investigated by OCR are not before the court, OCR will not close the allegation(s), but will proceed in accordance with the appropriate provisions set forth in CPM Section 303.

The Complainant in the above-referenced OCR complaint filed an action against the University in federal court on or about April 9, 2015. OCR has determined that the allegations that the Complainant filed against the University in federal court are the same as those that he filed with OCR. In addition, OCR has not obtained sufficient evidence to support a finding with regard to the allegations filed with OCR. Accordingly, OCR is administratively closing this complaint.

If you have any questions regarding this letter, you may contact Attorney Ramzi Ajami at (617) 289-0086 or Ramzi.Ajami@ed.gov. You may also contact me at (617) 289-0037.

Sincerely,

Anthony Cruthird
Team Leader/Civil Rights Attorney

cc: General Counsel Steven Locke

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*