UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>       Defendant. | Civil Action No. 1:15-cv-1157-FDS |

**PLAINTIFF JOHN DOE'S ASSENTED-TO MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO RESPOND TO
DEFENDANT BRANDEIS UNIVERSITY'S MOTION TO DISMISS**

    Plaintiff John Doe ("John") hereby moves the Court to extend the deadline by which he must respond to Defendant Brandeis University's ("Brandeis") Motion to Dismiss Amended Complaint ("the Motion") to August 13, 2015. As grounds therefore, John states that his counsel requires additional time to file a Memorandum of Law in Opposition to the Motion due to the length and large number of arguments in Brandeis's Memorandum of Law in Support of the Motion. Brandeis, through its counsel, has assented to this motion.

    WHEREFORE, John respectfully requests that the Court allow him to respond to Brandeis's Motion to Dismiss Amended Complaint on or before August 13, 2015.

Respectfully submitted,

PLAINTIFF JOHN DOE

By his Attorneys,

/s/ *Michael R. Schneider*
Michael R. Schneider, Esq.
(Mass. Bar No. 446475)
Good Schneider Cormier
83 Atlantic Avenue
Boston, MA 02110-3711
Tel:  (617) 523-5933
Email:  ms@gscboston.com


*/s/ Patricia M. Hamill*
Patricia M. Hamill, Esquire
(PA Attorney I.D. No. 48416)
Jeannette M. Brian, Esquire
(PA Attorney I.D. No. 66169)
Conrad O'Brien PC
1500 Market Street
Centre Square – West Tower, 39th Fl
Philadelphia, Pennsylvania 19102-1921
Tel:   (215) 864-9600
Fax:  (215) 864-9620
Email:  phamill@conradobrien.com
            jbrian@conradobrien.com

*Attorneys for Plaintiff John Doe*

Dated: July 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants on July 16, 2015.

/s/ Michael R. Schneider
Michael R. Schneider, Esquire

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

  Pursuant to Local Rule 7.1(a)(2), I hereby certify that on July 16, 2015, I consulted with lead counsel for Brandeis University, Alan Rose, Esq., regarding this motion.  Mr. Rose indicated at that time that he assents to this motion.

            /s/ Michael R. Schneider
            Michael R. Schneider, Esquire