UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>    Defendant. | :<br>:<br>:<br>:  Civil Action No. 1:15-cv-1157-FDS<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF JOHN DOE'S ASSENTED-TO MOTION
FOR LEAVE TO FILE EXCESS PAGES IN SUPPORT OF ITS
RESPONSE TO DEFENDANT BRANDEIS UNIVERSITY'S MOTION TO DISMISS**

Pursuant to Local Rule 7.1(b)(4), Plaintiff John Doe ("John") hereby moves for leave of Court to submit excess pages in support of his forthcoming response to Defendant Brandeis University's ("Brandeis") Motion to Dismiss Amended Complaint. Brandeis, through its counsel, has assented to this motion. As grounds therefore, John states the following:

1. On July 14, 2015, Brandeis filed a Motion to Dismiss Amended Complaint ("the Motion").

2. Brandeis's Memorandum of Law in Support of the Motion is 38 pages and asserts numerous arguments seeking dismissal of all nine counts of the Amended Complaint.

3. John intends to file a Memorandum of Law in Opposition to the Motion.

4. John requires additional pages above the 20 pages allotted under the Local Rules in order to support fully his Memorandum of Law.

WHEREFORE, John respectfully requests that the Court grant him leave to file his Memorandum of Law in Opposition to Brandeis's Motion to Dismiss Amended Complaint, not to exceed 40 pages.

                                                Respectfully submitted,

                                                PLAINTIFF JOHN DOE

                                                By his Attorneys,

                                                /s/ *Michael R. Schneider*_____
                                                Michael R. Schneider, Esq.
                                                (Mass. Bar No. 446475)
                                                Good Schneider Cormier
                                                83 Atlantic Avenue
                                                Boston, MA 02110-3711
                                                Tel:  (617) 523-5933
                                                Email:  ms@gscboston.com


                                                */s/ Patricia M. Hamill*_____
                                                Patricia M. Hamill, Esquire
                                                (PA Attorney I.D. No. 48416)
                                                Jeannette M. Brian, Esquire
                                                (PA Attorney I.D. No. 66169)
                                                Conrad O'Brien PC
                                                1500 Market Street
                                                Centre Square – West Tower, 39th Fl
                                                Philadelphia, Pennsylvania 19102-1921
                                                Tel:  (215) 864-9600
                                                Fax:  (215) 864-9620
                                                Email:  phamill@conradobrien.com
                                                             jbrian@conradobrien.com

                                                *Attorneys for Plaintiff John Doe*

Dated: July 16, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via email to those indicated as non-registered participants on July 16, 2015.

                                  /s/ Michael R. Schneider
                                  Michael R. Schneider, Esquire

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1**

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that on July 16, 2015, I consulted with lead counsel for Brandeis University, Alan Rose, Esq., regarding this motion.  Mr. Rose indicated at that time that he assents to this Motion.

                                  /s/ Michael R. Schneider
                                  Michael R. Schneider, Esquire