UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-11557-FDS |
| v. ) | |
| ) | |
| BRANDEIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**THIRD AFFIDAVIT OF ANTONIO MORIELLO IN SUPPORT OF DEFENDANT BRANDEIS UNIVERSITY'S MOTION TO DISMISS DOE'S AMENDED COMPLAINT**

I, Antonio Moriello, do hereby depose and state under oath as follows.

1. I represent Defendant Brandeis University ("Brandeis") in this matter. I make this affidavit to put before the Court certain documents relevant to Brandeis' Motion to Dismiss Doe's Amended Complaint.

2. Attached as **Exhibit A** is a true and accurate copy of Lisa Boes' June 17, 2014 email regarding the University Appeals Board.

3. Attached as **Exhibit B** is a true and accurate copy of the University Appeals Board's final report on the J.C.-Doe case.

Signed under penalty of perjury this 19th day of August, 2015.

/s/ Antonio Moriello
Antonio Moriello