

Redacted - Attorney/Client Privilege

-------- Forwarded Message --------
**Subject:** Re: appeal received
**Date:** Tue, 17 Jun 2014 13:11:09 -0400
**From:** Lisa Boes
**To:** John Doe
**CC:** Dean Gendron          Melissa Stimell

Dear Doe,

I write to update you on the appeal process.  A University Appeals Board has been convened.  It is composed of Prof. David Cunningham, Prof. Susan Dibble, and Prof. Daniel Bergstresser.  As with the panel in the previous step, members of the UAB do not interact with either party or their advisors about the process or appeal materials.  The faculty members serving on the UAB have been vetted for potential conflicts prior to being selected for the UAB and were provided with training to serve in this role.

Best,
Lisa


Lisa Boes, EdD
Dean of Academic Services




On Thu, Jun 12, 2014 at 12:13 PM, John Doe          wrote:
Dear Dean Boes and Dean,

Please accept this updated version of my appeal. Given J.C.'s recent false statements to the Huffington Post, I have amended my appeal to provide "pertinent, new information" that was "not previously available" until yesterday.

Thank you,
Doe

On Wed, Jun 11, 2014 at 5:59 PM, Lisa Boes ███████████████ wrote:
Dear ███,

I write to confirm receipt of your appeal documents and to let you know that the materials you submitted will be considered by the University Appeals Board (UAB).  The UAB will convene to review the evidence that has been submitted. The UAB is comprised of faculty members only and is described in greater detail in *Rights and Responsibilities* should you want a point of reference.

Best,
Lisa

Lisa Boes, EdD
Dean of Academic Services
███████
███████████