UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 15-11557-FDS |
| v. ) | |
| ) | |
| BRANDEIS UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BRANDEIS UNIVERSITY'S ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO ANSWER THE AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(a)(4), Defendant Brandeis University ("Brandeis") hereby moves for an extension of time to answer Plaintiff John Doe's ("Doe") amended complaint. As grounds therefore, Brandeis states the following:

1. On June 23, 2015, Doe filed his amended complaint in this matter;

2. Doe's amended complaint is 52 pages long and contains 270 paragraphs;

3. On July 14, 2015, Brandeis moved to dismiss Doe's amended complaint;

4. On March 31, 2016, the Court entered an order granting in part and denying in part Brandeis' motion to dismiss;

5. As a result of the Court's decision, Brandeis must now answer Doe's 270 allegations under Fed. R. Civ. P. 12;

6. The current deadline for Brandeis' answer is April 22, 2016;

7. Brandeis requires additional time to prepare and file its answer in this matter; and

8. Doe, through counsel, has assented to this motion.

WHEREFORE, Brandeis respectfully requests that the Court grant it permission to file an answer on or before April 29, 2016.

                                                        Respectfully submitted,

                                                        BRANDEIS UNIVERSITY,

                                                        By its attorneys,

                                                        /s/  Antonio Moriello  
                                                        Alan D. Rose (BBO #427280)  
                                                        Antonio Moriello (BBO #685928)  
                                                        Rose, Chinitz & Rose  
                                                        One Beacon Street, 23rd Floor  
                                                         Boston, Massachusetts  02108  
                                                        (617) 536-0040  
                                                        Fax: (617) 536-4400  
                                                        adr@rose-law.net  
Date:  April 20, 2016               am@rose-law.net

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on April 20, 2016.

                                                        /s/ Antonio Moriello

## CERTIFICATION PURUSANT TO LOCAL RULE 7.1

     Pursuant to Local Rule 7.1(a)(2), I hereby certify that on April 20, 2016, I consulted with counsel for John Doe, Patricia Hamill, Esq., regarding this motion.  Ms. Hamill indicated at that time that she assents to this motion.

                                                        /s/ Antonio Moriello