UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDEIS UNIVERSITY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 15-11557-FDS<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(d)**

Pursuant to Local Rule 16.1(d), Fed. R. Civ. P. 26(f), and the Court's order dated May 24, 2016 (the "May 24th Order"), Plaintiff John Doe ("Doe") and Defendant Brandeis University ("Brandeis") hereby submit this joint statement in anticipation of the initial scheduling conference set for July 8, 2016.

    A.    Joint Discovery Plan and Proposed Schedule for the Filing of Motions

The parties have agreed to a joint proposed schedule for discovery and motion practice. The parties' joint proposal, using the form issued by the Court in its May 24th Order, is attached hereto.

    B.    Discovery Limits

The parties do not request relief from the default discovery limits set forth in Local Rule 26.1(c).

    C.    Consent to Trial by Magistrate Judge

The parties do not consent to trial before a United States Magistrate Judge.

1

D. <u>Settlement Proposal Required by Local Rule 16.1(c)</u>

In accordance with Local Rule 16.1(c), Doe has served a written settlement demand on Brandeis.  Due to scheduling issues at Brandeis, including the arrival of a new President on July 1, 2016, Brandeis will not be able to respond substantively to Doe's demand by the time of the initial scheduling conference.  Brandeis will respond to Doe's settlement proposal not later than July 29, 2016, unless events at Brandeis render that date impracticable.

E. <u>Certifications Required by Local Rule 16.1(d)(3)</u>

The undersigned counsel certify that they have consulted with their respective clients concerning litigation budgets and alternative dispute resolution, as required by LR 16.1(d)(3).

|  |  |
|---|---|
|  | Respectfully submitted, |
| JOHN DOE, | BRANDEIS UNIVERSITY, |
| /s/ *Michael R. Schneider* | /s/ *Alan D. Rose* |
| Michael R. Schneider, Esquire | Alan D. Rose (BBO #427280) |
| (Mass. Bar No. 446475) | Antonio Moriello (BBO #685928) |
| Good Schneider Cormier | Rose, Chinitz & Rose |
| 83 Atlantic Avenue | One Beacon Street, 23rd Floor |
| Boston, MA 02110-3711 | Boston, MA 02108 |
| Tel:  (617) 523-5933 | Tel: (617) 536-0040 |
| ms@gscboston.com | Fax: (617) 536-4400 |
|  | adr@rose-law.net |
| */s/ Patricia Hamill* | am@rose-law.net |
| Patricia M. Hamill, Esquire |  |
| (Pa. I.D. No. 48416, Admitted *Pro Hac Vice*) |  |
| Jeannette M. Brian, Esquire |  |
| (Pa. I.D. No. 66169, Admitted *Pro Hac Vice*) |  |
| Conrad O'Brien PC |  |
| 1500 Market Street |  |
| Centre Square, West Tower, Suite 3900 |  |
| Philadelphia, PA  19102-2100 |  |
| Tel:  (215) 864-9600/ Fax:  (215) 864-9620 |  |
| phamill@conradobrien.com |  |
| jbrian@conradobrien.com |  |

Dated:  July 1, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via mail to those indicated as non-registered participants on July 1, 2016.

/s/ Antonio Moriello