UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 15-11557-FDS |
| v. | ) | - |
| | ) | |
| BRANDEIS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## VOLUNTARY STIPULATION OF DISMISSAL

Plaintiff John Doe and Defendant Brandeis University hereby stipulate and agree,

pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above action, including any claims in the

original April 9, 2015 Complaint, and in the June 23, 2015 Amended Complaint, and any related

claims that could have been filed against Brandeis University, may be dismissed, with prejudice,

without fees or costs to either side, and with both parties waiving any and all rights of appeal.

Respectfully submitted,

JOHN DOE,
By his attorneys,

BRANDEIS UNIVERSITY,
By its attorneys,

/s/ *Michael R. Schneider*

Michael R. Schneider, Esquire
(Mass. Bar No. 446475)
Good Schneider Cormier
83 Atlantic Avenue
Boston, MA 02110-3711
Tel:  (617) 523-5933
ms@gscboston.com

*Alan D. Rose*

Alan D. Rose (BBO #427280)
Antonio Moriello (BBO #685928)
Rose, Chinitz & Rose
One Beacon Street, 23rd Floor
Boston, MA 02108
Tel: (617) 536-0040
Fax: (617) 536-4400
Adr@rose-law.net
am@rose-law.net

*/s/ Patricia Hamill*
Patricia M. Hamill, Esquire
(Pa. I.D. No. 48416, Admitted *Pro Hac Vice*)
Jeannette M. Brian, Esquire
(Pa. I.D. No. 66169, Admitted *Pro Hac Vice*)
Conrad O'Brien PC
1500 Market Street
Centre Square, West Tower, Suite 3900
Philadelphia, PA  19102-2100
Tel:  (215) 864-9600/ Fax:  (215) 864-9620
phamill@conradobrien.com
jbrian@conradobrien.com

Dated:  September 13, 2016